**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,**<br><br>**Defendants.** | **CASE NO. 2:19-cv-01260**<br><br>**JUDGE TERRY A. DOUGHTY**<br><br>**MAGISTRATE JUDGE KATHLEEN KAY** |

## <u>ORDER</u>

The above stipulation having been considered, and good cause appearing therefore, **IT IS**

**SO ORDERED.**

Signed this 29th day of October, 2019.

_____
HONORABLE KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE