**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,<br>　　　　Plaintiff | 19-cv-01260 |
| VS. | DOUGHTY |
| CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITA, RICHARD HANDLER, WAITR HOLDINGS, INC., F/K/A LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., AND JEFFERIES, LLC<br>　　　　Defendant | KAY |

**ORDER**

IT IS ORDERED that K. Mallory Brennan be and is hereby admitted to the bar of this Court pro hac vice on behalf of Jefferies Financial Group, Inc. and Jefferies, LLC in the above described action.

SO ORDERED on this, the 31st day of October, 2019.

_____
U.S. Magistrate Judge