**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>Defendants. | Case No.  2:19-cv-01260-TAD-KK |
| KELLY BATES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>Defendants. | Case No.  2:19-cv-01427-TAD-KK |

**MOTION OF TUPAC DE LA CRUZ FOR CONSOLIDATION,**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Tupac de la Cruz ("de la Cruz"), by and through his counsel, will and does hereby respectfully move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Fed. R. Civ. P. 42(a), for the entry of an Order: (1) consolidating the above-captioned actions; (2) appointing de la Cruz as Lead Plaintiff on behalf of all persons and entities who: (a) purchased, acquired, and/or otherwise held the securities of Waitr Holdings, Inc. between May 17, 2018 and August 8, 2019, both dates inclusive, and/or (b) pursuant and/or traceable to the Company's May 2019 secondary offering; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and O'Bell Law Firm, LLC ("O'Bell Law") as Liaison Counsel for the Class.

Dated:  November 26, 2019

Respectfully submitted,

O'BELL LAW FIRM, LLC

/s/ Eric J. O'Bell
Eric J. O'Bell (La. Bar. No. 26693)
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8677
Facsimile: (504) 456-8653
Email: ejo@obelllawfirm.com

*Counsel for Lead Plaintiff Movant Tupac de la Cruz and Proposed Liaison Counsel for the Class*

POMERANTZ LLP
Jeremy A. Lieberman
(*pro hac vice application forthcoming*)
J. Alexander Hood II
(*pro hac vice application forthcoming*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
(*pro hac vice application forthcoming*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Lead Plaintiff Movant Tupac de la Cruz
and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

This is to certify that on November 26, 2019, I have filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*/s/ Eric J. O'Bell*
Eric J. O'Bell