UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>Defendants. | Case No.  2:19-cv-01260-TAD-KK |
| KELLY BATES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>Defendants. | Case No.  2:19-cv-01427-TAD-KK |

DECLARATION OF ERIC J. O'BELL, ESQ.
IN SUPPORT OF MOTION OF TUPAC DE LA CRUZ FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, Eric J. O'Bell, Esq., hereby declare as follows:

1.      I am the managing partner of the O'Bell Law Firm, LLC ("O'Bell Law"), counsel on behalf of Tupac de la Cruz ("de la Cruz"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of de la Cruz's motion for consolidation of the above-captioned actions, appointment as Lead Plaintiff for the Class, and approval of de la Cruz's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and O'Bell Law as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss chart of de la Cruz;

Exhibit B:    Shareholder Certification executed by de la Cruz;

Exhibit C:    Declaration executed by de la Cruz;

Exhibit D:    Press release announcing the pendency of the above-captioned action *Welch v. Meaux et al.*, 2:19-cv-01260-TAD-KK;

Exhibit E:    Firm resume of Pomerantz; and

Exhibit F:    Firm resume of O'Bell Law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 26, 2019, at Metairie, Louisiana.

*/s/ Eric J. O'Bell*
Eric J. O'Bell

1

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on November 26, 2019, I have filed the above and foregoing on the

Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record

will be served electronically with true and exact copies of this filing:

*/s/ Eric J. O'Bell*
Eric J. O'Bell