**Waitr Holdings, Inc. (WTRH)**
**Class Period: May 17, 2018 to August 8, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90 Days Mean Price $1.3038 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| de la Cruz, Tupac | 4/18/2019 | 20,000 | $10.4497 | ($208,994) | | | | | | | |
| de la Cruz, Tupac | 4/18/2019 | 10,000 | $10.2000 | ($102,000) | | | | | | | |
| de la Cruz, Tupac | 4/18/2019 | 898 | $10.1000 | ($9,070) | | | | | | | |
| de la Cruz, Tupac | 4/18/2019 | 11,602 | $10.1000 | ($117,180) | | | | | | | |
| de la Cruz, Tupac | 6/11/2019 | 100 | $6.2798 | ($628) | | | | | | | |
| de la Cruz, Tupac | 6/11/2019 | 54,000 | $6.5100 | ($351,540) | | | | | | | |
| de la Cruz, Tupac | 6/11/2019 | 900 | $6.3000 | ($5,670) | | | | | | | |
| de la Cruz, Tupac | 7/15/2019 | 28,261 | $5.7300 | ($161,935) | | | | | | | |
| de la Cruz, Tupac | 7/15/2019 | 14,239 | $5.7300 | ($81,589) | | | | | | | |
| **de la Cruz, Tupac** | | **140,000** | | **($1,038,606)** | | | | | **140,000** | **$182,533** | **($856,073)** |

*Avg Closing Prices from August 9, 2019 to November 6, 2019