**DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Tupac de la Cruz, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of my motion for consolidation of related actions, appointment as Lead Plaintiff, and approval of my selection of counsel in the instant class action on behalf of investors in the securities of Waitr Holdings Inc. ("Waitr" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I live in New Orleans, Louisiana. I am a roofing contractor and hold a bachelor's degree in marketing. I am 36 years old and have been investing in the securities markets for more than ten years.

3.      As reflected in my Certification, I purchased Waitr securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action. Accordingly, I have a material interest and incentive in prosecuting this case on behalf of investors in Waitr securities.

4.      I have discussed serving as lead plaintiff with my counsel and am aware that the PSLRA was enacted by Congress to encourage investors with a significant financial interest in a given securities class action to lead that action. I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

5.      I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is required or requested by the Court, participate in discovery (including traveling for my deposition,

1

if necessary, and providing evidence relating to my investment in Waitr securities), participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class as well as approve any attorneys' fee and cost requests by counsel. I am able and willing to perform all of these duties on behalf of the class members.

6.      I understand that the lead plaintiff's share of any recovery is the same as every other potential class members. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro rata* share of any recovery, except any reasonable costs and expenses—such as lost wages and travel expenses—directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

7.      I am aware that I have the right to select counsel as part of the lead plaintiff process. Given its proven history of handling this type of complex litigation, I have selected Pomerantz LLP ("Pomerantz") to represent the class in this case on a contingency basis. Pomerantz has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. I will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the class as set forth in paragraph 5 above. I will approve any fee/expense request before it is submitted to the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed this 21 day of November, 2019.

Tupac de la Cruz