O'BELL LAW FIRM
A LIMITED LIABILITY COMPANY
ATTORNEYS & COUNSELORS AT LAW

3500 NORTH HULLEN STREET
METAIRIE, LOUISIANA 70002
TELEPHONE: (504) 456-8677
FACSIMILE: (504) 456-8653
www.obellfirm.com

**O'BELL LAW FIRM, LLC** ("O'Bell, LLC") focuses on complex civil litigation, including consumer class actions and shareholder derivative and merger and transactional litigation. Founded in 2004, managing attorney Eric J. O'Bell has served as lead or co-lead counsel in numerous state and national class actions including some the following:

1.  In Re: Silicone Gel Breast Implant Litigation, MDL-926, (1992), United States District Court, Northern District of Alabama; served as a sub-committee member of the National Discovery Team for defendants, Dow Chemical and Dow Corning.

2.  In Re: Pedicle Screw Product Liability Litigation, MDL-1014, (1994), United States District Court, Eastern District of Pennsylvania; served a sub-committee member of the National Discovery Team for various defendants, including AcroMed, Advanced Spine Fixation Systems, Inc. and Cross Medical Corporation.

3.  In Re: Chemical Release at Bogalusa, (1995), 22nd Judicial District Court, Parish of Washington, State of Louisiana, No. 73, 341, arising out of a tank car explosion at the Gaylord Chemical Plant in Bogalusa, Louisiana, serving as a member of the trial team.

4.  Marzell Ike Dumas, et al v. Angus Chemical, et al, (1991), Fourth Judicial District Court Parish of Ouachita, No. 92-1707, mass tort, certified class action arising from the May 1, 1991, IMC Fertilizer Plant Explosion in Sterlington, Louisiana involving approximately 1,300 class members, served on discovery and trial team of Plaintiffs' Committee. Settled for approximately $86 million.

5.  Castano, et al v. The American Tobacco Co., et al, (1994), United States District Court, Eastern District of Louisiana, CA No. 94-1044; involving a proposed nationwide class action against the tobacco industry for products liability and fraudulent misrepresentations; served as a member of the Discovery Team of Plaintiffs' Steering Committee. Certified as a national class action. Class certification reversed by United States Fifth Circuit Court of Appeal. California action settled for several billion dollars.

1

6.    In Re: Baycol Products Liability Litigation, MDL-1431, (2001), United States District Court, District of Minnesota, involving product liability claims arising out of the use of the drug Baycol; currently serving as a member of the Discovery Committee and representing over 100 individual cases.

7.    Brenda C. Reddoch, et al v. Parish of Plaquemines, et al, 25th Judicial District Court, Parish of Plaquemines, State of Louisiana, No. 48,380, Lead Counsel for proposed class, arising out of exposure to toxic mold in the workplace.  Class certification denied.

8.    Barbara Thomas, et al v. ClearCredit, et al, United States District Court, Eastern District of Louisiana; CA No. 03-2580; Co-Lead Counsel for a national settlement class involving violations of Fair Credit Reporting Act.  Certified as a national settlement class after Court approval and Fairness Hearing.  Settled for approximately $6 million in benefits to the consumer class.

9.    Richard Olivier, et al v. Capital One Financial Corp., f/ka/ Hibernia Corporation, et al, United States District Court, Eastern District of Louisiana, CA No. 06-2422; Co-Lead Counsel for a proposed class of Louisiana residents involving violations state law regarding interest on Hurricane Katrina insurance money proceeds.

10.   Sandra Kim, et al v. Newpark Resources, Inc., United States District Court, Eastern District of Louisiana; CA No. 06-02150; Court appointed Co-Liaison Counsel for a national class involving public investors who acquired securities of Newpark Resources, alleging company's executive officers violated the Securities Exchange Act of 1934 and S.E.C. Rule 10b-5.

11.   Thompson, et al v. Shaw Group Inc., et al, United States District Court, Eastern District of Louisiana, CA No. 04-1685; Court Appointed Local Counsel for a proposed national class of derivative investors.

12.   In Re: BigBand Networks, Inc., Securities Litigation, 3:07-CV-05101-SBA (C.D. Cal.), supporting counsel in a federal securities class action brought against a computer hardware corporation, certain officers and directors of the Company, and the Company's underwriters, resulting in a cash settlement of $11 million for investors.

13.   Melvin Burmaster, et al v. Plaquemines Parish Government, 25th Judicial District Court, Parish of Plaquemines, State of Louisiana, No. 53-238, Court appointed as Lead Counsel of Plaintiffs' Interim Steering Committee for a certified class of homeowners who suffered property loss as a result of levee breaches from Hurricane Katrina.

14.   Norman J. De Lapouyade, et al v. Whitney Holding Corporation, et al, Civil District Court, Parish of Orleans, State of Louisiana, No. 2011-189.  Served as Co-Lead Counsel of a certified class of shareholders of Whitney Holding Corporation against Whitney's Board of

2

Directors for breaches of fiduciary duty and violation of state law arising out of the sale of Whitney to Hancock Holding Company.

15.  In Re: Constellation Energy Group, Incorporated Shareholder Litigation, In the Circuit Court Baltimore City, Case No. 24-C-11-003015.  Acting as supporting counsel to a proposed class of shareholders of Constellation Energy Group, Inc., against Constellation's Board of Directors for breaches of fiduciary duty and violation of state law arising out of the sale of Constellation to Exelon Corporation.

16.  In re The Shaw Group, Inc. Shareholder Litigation, 19th Judicial District Court for the Parish of East Baton Rouge, Case No. 614399.  Acted as supporting counsel to a certified class of shareholders of Shaw Group, Inc. against Shaw's Board of Directors for breaches of fiduciary duty and violations of state law arising out of the sale of Shaw to Chicago Bridge & Iron Company, N.V.

17.  In re DDI Shareholder Corp. Litigation, Superior Court for the State of California, Orange County; Case No. 30-2012-00559763-CU-BT-CXC.   Acted as supporting counsel to a certified class of shareholders of DDI Corp. against DDI's Board of Directors for breaches of fiduciary duty and violations of state law arising out of the sale of DDI.

18.  Louisiana Municipal Police Employees Retirement System, et al v. Alterra Capital Holdings, Limited, et al, United States District Court, Eastern District of New York; CA No. 13:CV 0933-ALC.  Appointed co-lead counsel to certified class of shareholders of Alterra Capital Holdings, Ltd., against Alterra's Board of Directors for breaches of fiduciary duty and violations of federal law arising out of the sale of Alterra to Markel Corporation.

19.  Karen Moulton, et al v. Stewart Enterprises, Inc., et al; Civil District Court for the Parish of Orleans; No. 2013-5636; c/w 2013-5887; Div. A-15.   A member of Plaintiffs Steering Committee representing a certified class of shareholders of Stewart Enterprises, Inc., against Stewart's Board of Directors for breaches of fiduciary duty arising out of the sale of Stewart to SCI Corporation.  Case currently on appeal to Fourth Circuit of the State of Louisiana.

20.  In Re: LHC Group, Inc. Derivative Litigation; CA No. 13-cv-02899, United States District Court for the Western District of Louisiana.  Court appointed Liaison Counsel for consolidated derivative actions filed against LHC Group which resulted in a settlement involving significant Corporate Governance Reforms.

21.  Tessie Ancar, et al v. Sun Drilling Products Corporation, et al; 25th Judicial District Court for the Parish of Plaquemines, 59-899.  A member of Plaintiffs Steering Committee representing a certified class of citizens for exposure and evacuation of a chemical fire at a plant. Plaintiffs' Steering Committee obtained a settlement in excess of 1.4 million for members of the class.

3

22.    Davis Seal, et al v. Williams Energy Partners, L.P., et al; CA No. 13-CV-475, United States District Court for the Middle District of Louisiana.  A member of the Plaintiffs' Steering Committee representing a certified class resulting from the fire and chemical leak at the Williams Olefins refinery at Geismar, Louisiana on June 13, 2013.  Plaintiffs' Steering Committee obtained a settlement of 2.8 million for members of the class.

23.    Official Committee of Unsecured Creditors of First NBC Bank Holding Company v. Ashton Ryan, et al.; United States District Court for Eastern District of Louisiana, Case No. 19:10341.  Firm retained by Official Committee of Unsecured Creditors to pursue direct claims against FNBC Board of Directors for damages resulting from the costliest failure of an American bank since 2010.  Case currently stayed pending conclusion of federal criminal prosecution.

## ATTORNEYS

**ERIC J. O'BELL** is the founder and managing partner of the O'Bell Law Firm, LLC, a litigation firm that serves clients across the country in areas of securities and consumer class actions, shareholder derivative actions, mass tort class actions and complex litigation. Mr. O'Bell has handled several landmark cases during a 25 year career achieving consistent and successful results for clients, which range from individuals, businesses, and public pension funds.  Mr. O'Bell has served as lead, co-lead counsel and liaison counsel in numerous state and national class actions and litigated cases in over 25 states and several foreign countries.  He serves as a frequent lecturer on Louisiana class action procedure and multi-district litigation and is a member of the Louisiana and Pennsylvania State Bar Associations.  Mr. O'Bell was named to Super Lawyers 2018 and 2019 in the practice areas of Class Action/Mass Torts, Securities Litigation, and Products Liability.

**KIRSTEN E. MCCONNELL** was admitted to the California State Bar in 2000.  She is also admitted to practice in the United States District Court, Southern District of California.   She received a B.S. from the University of Southern California in 1992, a J.D. from the University of San Diego in 1996, and an M.B.A. from University of San Diego in 1997.  She is a member of the California State Bar Association, the San Diego County Bar Association, and the San Diego Barristers Association.  Ms. McConnell formerly served as the Human Resources Manager at The Irvine Company and as the Director of Human Resources at IPITEK.  Prior to joining IPITEK, she served as In-House Counsel for an investment company handing regulatory compliance issues. She was previously an attorney at Neil, Dymott, Frank, McFall & Trexler, specializing in Employment Law.

**BRADLEY T. OSTER** was admitted to the Louisiana State Bar in 2014.  He received a B.S. in Commerce and Business Administration with a concentration in Global Marketing from The University of Alabama (2010), and his J.D. from Loyola University of New Orleans, School of Law (2013). He is also a member of the Louisiana State Bar Association.  Mr. Oster concentrates his practice in the areas of consumer class action, securities litigation, and Multi-District Litigation.

4