**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,** | |
| **Plaintiff** | **CIVIL ACTION NO. 2:19-cv-01260** |
| **vs.** | **JUDGE TERRY A. DOUGHTY** |
| **CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,** | |
| **Defendants.** | |
| **KELLY BATES, Individually and on Behalf of all Others Similarly Situated,** | |
| **Plaintiff** | **CIVIL ACTION NO. 2:19-cv-01427** |
| **vs.** | **JUDGE TERRY A. DOUGHTY** |
| **CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,** | |
| **Defendants.** | |

**MOTION OF THERESA AND HARRY COKER FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

Proposed lead plaintiffs Theresa and Harry Coker ( "Movants") hereby move this

Court for an order: (1) consolidating the above-captioned actions (the "Actions"): (2)

appointing Movants as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act

1

of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 and 15 U.S.C. § 77z-1; (3) approving Movants' selection of Levi & Korsinsky, LLP as Lead Counsel and Fishman Haygood, LLP as Liaison Counsel; and (4) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movant submits herewith a Memorandum of Law, the Declaration of Jason W. Burge, and a proposed Order.

DATED: November 26, 2019

Respectfully submitted,

BY: */s/ Jason W. Burge*
Jason W. Burge (La. Bar 30420)
FISHMAN HAYGOOD, LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA  70170
Telephone: (504) 586-5252
Facsimile: (504) 586-5250
jburge@fishmanhaygood.com

*Liaison Counsel for Movants and Proposed Liaison Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
55 Broadway, 10th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email:gnespole@zlk.com

*Attorneys for Movants and Proposed Lead Counsel for the Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above pleading was served on counsel of record via the Court's CM/ECF notification system on November 26, 2019.

*/s/ Jason W. Burge*

2