UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of all Others Similarly Situated, <br><br> **Plaintiff** <br><br> vs. <br><br> CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, <br><br> **Defendants.** | **CIVIL ACTION NO. 2:19-cv-01260** <br><br><br> **JUDGE TERRY A. DOUGHTY** |
| KELLY BATES, Individually and on Behalf of all Others Similarly Situated, <br><br> **Plaintiff** <br><br> vs. <br><br> CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, <br><br> **Defendants.** | **CIVIL ACTION NO. 2:19-cv-01427** <br><br><br> **JUDGE TERRY A. DOUGHTY** |

**DECLARATION OF JASON W. BURGE IN SUPPORT OF THERESA AND HARRY COKER'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Jason W. Burge, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner at Fishman Haygood, LLP, liaison counsel for movants Theresa and

Harry Coker ("Movants"). I respectfully submit this declaration in support of Movants' Motion

for Consolidation of the above-captioned related actions (the "Actions"), Appointment as Lead Plaintiff, and for Approval of Selection of Counsel.

2.  Attached hereto as Exhibit A are true and correct copies of the PSLRA certifications signed by Movants.

3.  Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing the losses sustained by Movants.

4.  Attached hereto as Exhibit C is a true and correct copy of a press release dated September 27, 2019, issued by Kahn, Swick & Foti, LLC announcing the filing of Plaintiff Walter Welch's proposed action against defendants Waitr Holdings, Inc. f/k/a Landcadia Holings, Inc. ("Waitr" or the "Company"), Christopher Meaux, David Pringle, Jeff Yurecko, Tilman J. Fertitta, Richard Handler, Jefferies Financial Group, Inc., and Jefferies, LLC.

5.  Attached hereto as Exhibit D is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

6.  Attached hereto as Exhibit E is a true and correct copy of the firm résumé of Fishman Haywood, LLP.

7.  I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

DATED: November 26, 2019

/s/ Jason W. Burge
Jason W. Burge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was served on counsel of record via the

Court's CM/ECF notification system on November 26, 2019.

*/s/ Jason W. Burge*