# EXHIBIT B

| | |
|---|---|
| **Client Name** | Theresa and Harry Coker |
| **Company Name** | Waitr Holdings Inc. |
| **Ticker Symbol** | WTRH |
| **Security Type** | |
| **Class Period Start** | 05-17-2018 |
| **Class Period End** | 08-08-2019 |
| **90-DAY Lookback Period Start** | 08-09-2019 |
| **90-DAY Lookback Period End** | 11-06-2019 |
| **90-DAY Lookback Average** | $ 01.30 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $44,319.37 |
| *DURA LIFO* Total* | $44,319.37 |
| **Gross Shares Purchased** | 4,630.00 |
| **Net Shares Retained** | 4,630.00 |
| **Net Funds Expended** | $ 50,356.06 |

### Theresa and Harry Coker

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 07-18-2018 | 2500 | $10.1276 | $ 25,319.00 | | | | | | - | 2500 | 2500 | $ 01.30 | $ 3,259.55 | $ 22,059.45 | $ 22,059.45 |
| 10-25-2018 | 300 | $11.7599 | $ 3,527.97 | | | | | | - | 300 | 300 | $ 01.30 | $ 391.15 | $ 3,136.82 | $ 3,136.82 |
| 10-25-2018 | 1830 | $11.7536 | $ 21,509.09 | | | | | | - | 1830 | 1830 | $ 01.30 | $ 2,385.99 | $ 19,123.10 | $ 19,123.10 |
| **Total:** | **4,630.00** | | **$ 50,356.06** | | | | | | | **4,630.00** | **4,630.00** | | **$ 6,036.69** | **$ 44,319.37** | **$ 44,319.37** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.