# EXHIBIT E

## **Fishman Haygood, LLP**

Fishman Haygood was founded in the mid-1990s by business and litigation lawyers from three of the largest law firms in Louisiana. Our lawyers handle all types of litigation, big and small, across the nation. We pride ourselves in taking hard cases and representing our clients with integrity.

Relevant here, our practice areas include:

*Corporate Governance and Breach of Fiduciary Duty Litigation*
We represent clients across the nation in cases alleging breaches of fiduciary and other legal duties owed to insolvent entities. We pursue claims against directors and officers as well as professionals and consultants who provided services to the insolvent entities.

*Securities Litigation*
We represent individuals, companies, pension funds, hospitals, cities, and states in securities litigation and arbitration.

*Governmental Securities Litigation*
We represent governmental and municipal entities in complex commercial litigation against their financial counterparties, including banks, underwriters, or other financial intermediaries.

*Insurance Coverage*
We represent corporate and individual insureds in both first-party and third-party coverage disputes under a wide variety of coverages, including director and officer policies and errors and omissions policies.

1425461v.1

## Jason W. Burge

Partner

J.D., *magna cum laude,* from New York University School of Law, 2006
> Note Editor of the Annual Survey of American Law
> Order of the Coif

B.M. in Music Composition, *summa cum laude,* from Loyola University New Orleans, 2003
B.A. in Political Science, *magna cum laude,* from The Ohio State University, 2000

Jason represents securities investors and issuers in claims against brokers, investment advisors, and investment banks in court and in FINRA arbitration. He also represents borrowers in disputes with lenders and swap counterparties in cases alleging breach of contract, breach of fiduciary duty, misrepresentation and fraud. He has worked for liquidating trustees and representatives of insolvent entities in cases alleging director and officer liability, professional malpractice, and fraudulent transfers.

Currently, he serves as interim lead counsel for a putative class of student loan debtors alleging discharge violations against Navient.

Chambers & Partners described him as an up and coming litigator who is "financially well-versed and very capable in translating difficult financial concepts into common tongue." Prior to joining Fishman Haygood, he clerked for the Honorable Jerry E. Smith on the U.S. Fifth Circuit Court of Appeals.

Relevant here, Jason's representative matters include:

*Haas et al. v. Navient Solutions, LLC et al.*, Adv. Proc. No. 16-03175 (Bankr. S.D. Tex.)

> Interim Lead Counsel for a putative class of student loan debtors, seeking a declaratory judgment that over $100 million in loans were discharged and asserting claims for discharge violations.

*Prodanova v. H.C. Wainwright & Co., LLC et al.,* No. 17-7926 (C.D. Cal)

> Represents putative nationwide class action of investors in securities fraud action to recover against investment bank alleged to have artificially inflated stock price shortly before a stock offering. Claims are currently on appeal before the Ninth Circuit.

*Official Committee of Unsecured Creditors of Hebrew Hospital Senior Housing, Inc. v. Mary Francis Barrett et al.,* No. 17-1240 (Bankr. S.D.N.Y.)

> Represents Chapter 11 unsecured creditors' committee in action to recover against New York senior living facility's directors and officers for their mismanagement and breaches of fiduciary duty.

1425461v.1

*Long Island Power Authority v. Goldman, Sachs & Co., et al.* (FINRA, Case No. 14-00433)

> Represented public utility in action to recover against eight investment banks for fraud and breaches of fiduciary duty in connection with the issuance of auction rate securities and related interest rate swaps.

*River House Partners, LLC v. Grandbridge Real Estate Capital LLC,* No. 15-58 (M.D. La.)

> Represented real estate developer in action to recover against its loan broker and putative lender for negligence and breach of fiduciary duty in connection with the failure to close a HUD loan.

*Edward A. Blank et al. v. Signator Investors, Inc.* (FINRA Case No. 13-00579)

> Represented investors in action to recover against their investment advisors for fraud and mismanagement of investment.

*Baylor College of Medicine v. Citigroup Global Markets, Inc.* (FINRA, Case No. 11-04005)

> Represented medical college in arbitration to recover against bond underwriter for fraud and breaches of fiduciary duty in connection with issuance of auction rate securities and related interest rate swaps.

*UBS Fin. Services, Inc. v. W. Va. Univ. Hospitals, Inc.,* 660 F.3d 643 (2d Cir. 2011)

> Represented hospital system in arbitration to recover against bond underwriter for fraud and breaches of fiduciary duty in connection with issuance of auction rate securities and related interest rate swaps. Obtained favorable ruling from United States Court of Appeals for the Second Circuit that claims could be pursued in FINRA arbitration.

*City of New Orleans v. AMBAC Assurance Corporation, et al.,* No. 08-3949 (E.D. La.)

> Represented city in action to recover against bond underwriter for fraud and breaches of fiduciary duty in connection with the issuance of bonds and related interest rate swaps.

*Joseph M. Broyles, et al., v. Cantor Fitzgerald & Co., et al.,* No 3:10-854-JJBSCR (M.D. La.)

> Represents investors and pension funds in action to recover against their investment advisor and third party financial institutions for fraud in connection with the sale of mortgage backed securities. Obtained an over $21 million settlement against an investment bank who aided and abetted the fraud, representing a recovery of almost 25% of investors' damages against a third party defendant. Remaining claims against the investment advisor were recently remanded after a successful appeal to the Fifth Circuit, and trial is expected in 2020.

1425461v.1