UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WALTER WELCH, Individually and on Behalf of all Others Similarly Situated, | ) ) ) ) ) ) ) ) ) | Civil Action No. 2:19−CV−01260 |
| | | JUDGE TERRY A. DOUGHTY |
| | | MAGISTRATE JUDGE KATHLEEN KAY |
| CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, | ) ) ) ) ) ) ) ) ) ) ) | CLASS ACTION |
| KELLY BATES, Individually and on Behalf of all Others Similarly Situated, | ) ) ) ) ) ) ) | Civil Action No. 2:19−CV−01427 |
| | | JUDGE TERRY A. DOUGHTY |
| CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, | ) ) ) ) ) ) ) ) ) ) ) | MAGISTRATE JUDGE KATHLEEN KAY

CLASS ACTION |

WALTER WELCH, SEAN BARNARD, AND THE DELIVERY INVESTOR
GROUP'S MOTION TO CONSOLIDATE RELATED ACTIONS,
APPOINT THE DELIVERY INVESTOR GROUP AS LEAD PLAINTIFF AND
APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL

**NOW INTO COURT,** through undersigned counsel, come Plaintiff Walter Welch, Sean Barnard, and the Delivery Investor Group[1] (collectively, "Movants"), who respectfully move this Court for an order (1) consolidating the above-captioned related actions pursuant to Fed. R. Civ. P. 42(a); (2) appointing the Delivery Investor Group as Lead Plaintiff pursuant to the claims asserted herein, which arise under §§ 11, 12 and 15 of the Securities Act, 15 U.S.C. §§ 77a, *et seq.* and/or §§ 10(b), 14(a) and 20(a) of the Exchange Act, 15 U.S.C. §§78i, 78j(b) and 78t(a), and Rule 10b-5, 17 C.F.R. §240.10b-5; and (3) approving Movants' selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel and Lundy, Lundy, Soileau & South, LLP (the "Lundy Firm") as Liaison Counsel on behalf of the proposed Class.

As set forth more fully in the accompanying Memorandum in Support, filed concurrently herewith, consolidation of the above-captioned actions is appropriate, the procedural requirements of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4, have been satisfied, and the Delivery Investor Group is the presumptive most adequate plaintiff and further satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure. As such, Movants respectfully request this Court to appoint the Delivery Investor Group as Lead Plaintiff in this action and approve its selection of KSF as Lead Counsel and the Lundy Firm as Liaison Counsel for the Class.

**[INTENTIONALLY LEFT BLANK]**

**[SIGNATURE BLOCKS AND CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

---

[1] The Delivery Investor Group is comprised of four individual food delivery entrepreneurs and business professionals, namely Messrs. Andrew Brown, Daniel Sinor, William Moore, and Thomas Colangelo, who have known one another personally and professionally since at least 2007.

DATED: November 26, 2019

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/Melinda A. Nicholson*
Lewis S. Kahn (23805)
Melinda A. Nicholson (32911) (Trial Attorney)
Michael J. Palestina (31907)
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: Lewis.Kahn@ksfcounsel.com
Email: Melinda.Nicholson@ksfcounsel.com
Email: Michael.Palestina@ksfcounsel.com

*Counsel for the Delivery Investor Group, Walter Welch, and Sean Barnard*

**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**
Matthew E. Lundy (18988)
501 Broad Street
Lake Charles, LA 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029
Email: mlundy@lundylawllp.com

*Liaison Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/ Melinda A. Nicholson*
Melinda A. Nicholson