**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>Defendants. | Civil Action No. 2:19−CV−01260<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAGISTRATE JUDGE KATHLEEN KAY<br><br>CLASS ACTION |
| KELLY BATES, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>Defendants. | Civil Action No. 2:19−CV−01427<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAGISTRATE JUDGE KATHLEEN KAY<br><br>CLASS ACTION |

**DECLARATION OF MELINDA A. NICHOLSON IN SUPPORT OF**
**WALTER WELCH, SEAN BARNARD, AND THE DELIVERY INVESTOR GROUP'S**
**MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT THE DELIVERY**
**INVESTOR GROUP AS LEAD PLAINTIFF,**
**AND APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

I, Melinda A. Nicholson, hereby declare as follows:

1.      I am a member in good standing of the bars of Louisiana and New York and a

partner of the law firm of Kahn Swick & Foti, LLC, proposed Lead Counsel for proposed Lead Plaintiff, the Delivery Investor Group ("DIG"),[1] and counsel for Plaintiff Walter Welch and Sean Barnard (collectively with the DIG, "Movants"). I submit this Declaration in support of the Motion filed by Movants to: (1) consolidate related actions; (2) appoint Lead Plaintiff; and (3) approve Proposed Lead Plaintiff's choice of Counsel for the Class.

2.      Attached hereto as Exhibits are true and correct copies of the following:

Exhibit A:    Joint Declaration of the DIG.

Exhibit B:    Certification of Andrew Brown, along with a detailed listing of his transactions in Waitr Holdings, Inc. securities from May 17, 2018 to August 8, 2019, inclusive.

Exhibit C:    Certification of Daniel Sinor, along with a detailed listing of his transactions in Waitr Holdings, Inc. securities from May 17, 2018 to August 8, 2019, inclusive.

Exhibit D:    Certification of William Moore, along with a detailed listing of his transactions in Waitr Holdings, Inc. securities from May 17, 2018 to August 8, 2019, inclusive.

Exhibit E:    Certification of Thomas Colangelo, along with a detailed listing of his transactions in Waitr Holdings, Inc. securities from May 17, 2018 to August 8, 2019, inclusive.

Exhibit F:    Loss Chart for the Delivery Investor Group (Andrew Brown, Daniel Sinor, William Moore, and Thomas Colangelo).

Exhibit G:    Certification of Walter Welch, along with a detailed listing of his transactions in Waitr Holdings, Inc. securities from May 17, 2018 to August 8, 2019, inclusive.

Exhibit H:    Loss Chart for Walter Welch.

---

[1]      The Delivery Investor Group is comprised of four individual food delivery entrepreneurs and business professionals, namely Messrs. Andrew Brown, Daniel Sinor, William Moore, and Thomas Colangelo, who have known one another personally and professionally since at least 2007.

Exhibit I:    Certification of Sean Barnard, along with a detailed listing of his transactions in Waitr Holdings, Inc. securities from May 17, 2018 to August 8, 2019, inclusive.

Exhibit J:    Loss Chart for Sean Barnard.

Exhibit K:    Published Notice on *PR Newswire* on September 27, 2019 of the first securities class action complaint filed in this matter, in the United States District Court for Western District of Louisiana.

Exhibit L:    Firm Biography for Proposed Lead Counsel, Kahn Swick & Foti, LLC.

Exhibit M:    Firm Biography for Proposed Liaison Counsel, Lundy, Lundy, Soileau & South, LLP.

I declare under penalty of perjury under the laws of the state of Louisiana that the foregoing facts are true and correct.

Executed this 26th day of November, 2019, at New Orleans, Louisiana.

*/s/ Melinda A. Nicholson*
Melinda A. Nicholson