# EXHIBIT B

## CERTIFICATION PURSUANT TO SECURITIES LAWS

**Andrew Brown** ("Movant") declares, as to the claims asserted under the federal securities law, that:

1.  Movant is, in part, the successor-in-interest to, and the transferee and assignee of, Brickell Delivery, LLC, Charlotte Delivery, LLC, Denver Delivery, LLC, FTL Delivery, LLC, Jax Food Delivery, LLC, and Doorstep Delivery.Net, Inc.

2.  Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

3.  Movant did not purchase securities of **Waitr Holdings Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

4.  Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.  During the Class Period, Movant has executed transactions in the securities of **Waitr Holdings Inc.** The transactions in the attached Schedule set forth all of the transactions of Movant in **Waitr Holdings Inc.** securities during the Class Period specified in the Complaint.  See attached Schedule A.

6.  In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

7.  Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 21, 2019

_____
Movant's Signature

_ANDREW BROWN_____
Printed Name

<u>**SCHEDULE A**</u>

Name of Movant: <u>Andrew Brown</u>

Schedule of Movant's Transaction(s) in: **Waitr Holdings Inc.**

Acquisitions:

| Date | Units | Price/Unit[1] | Note |
|---|---|---|---|
| 1/17/19 | 4,188 | $11.95 | As partial successor-in-interest to, and transferee and assignee of, Brickell Delivery, LLC |
| 1/17/19 | 2,927 | $11.95 | As partial successor-in-interest to, and transferee and assignee of, Charlotte Delivery, LLC |
| 1/17/19 | 4,501 | $11.95 | As partial successor-in-interest to, and transferee and assignee of, Denver Delivery, LLC |
| 1/17/19 | 5,197 | $11.95 | As partial successor-in-interest to, and transferee and assignee of, FTL Delivery, LLC |
| 1/17/19 | 27,989 | $11.95 | As partial successor-in-interest to, and transferee and assignee of, Jax Food Delivery, LLC |
| 1/17/19 | 132,402 | $11.95 | As partial successor-in-interest to, and transferee and assignee of, Doorstep Delivery.Net Inc. |
| 1/17/19 | 162,458 | $11.95 | Personally |
| | | | |
| **TOTAL UNITS** | **339,662** | | |

Sales:

| Date | Units | Price/Unit | Note |
|---|---|---|---|
| 7/25/19 | 10,000 | $5.06 | Personally |
| 7/29/19 | 15,000 | $4.93 | Personally |
| 7/30/19 | 20,000 | $4.92 | Personally |
| 8/1/19 | 20,000 | $4.54 | Personally |
| 8/5/19 | 97,458 | $3.77 | Personally |
| | | | |
| **TOTAL UNITS** | **162,458** | | |

Acquisitions (other than common stock):

| Date | Units | Price/Unit | Price | Note |
|---|---|---|---|---|
| 8/8/19 | 100 | 0.2000 | $2,000.00 | WTRH 20SEP19 5.0 Call; expired 9.20.19 |
| 8/8/19 | 99 | 0.2000 | $1,980.00 | WTRH 20SEP19 2.5 Put |
| 8/8/19 | 1 | 0.1900 | $19.00 | WTRH 20SEP19 2.5 Put |
| | | | | |
| **TOTAL UNITS** | **200** | | | |

---

[1] Based on the closing price of Waitr Holdings Inc. common stock on January 17, 2019, the closing date of the acquisition of BiteSquad.com, LLC by Waitr Holdings Inc.