# EXHIBIT G

## CERTIFICATION PURSUANT TO SECURITIES LAWS

_____ (name) ("Plaintiff") declares, as to the claims asserted under the federal securities law, that:

1.  Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2.  Plaintiff did not purchase securities of **Waitr Holdings Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3.  Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.  During the Class Period, Plaintiff has executed transactions in the securities of **Waitr Holdings Inc.** as follows. See attached Schedule.

5.  In the last three years, Plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6.  Plaintiff will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____9/4_____, 2019

_____
Plaintiff Signature

_____
WALTER WELCH
Printed Name

Name of Plaintiff: WALTER WELCH

Schedule of Plaintiff's Transaction(s) in: **Waitr Holdings Inc.**

Purchase(s):

| Date | Units | Price |
|------|-------|-------|
| 5/1/19 | 1000 | 9.52 |
| 5/2/19 | 1100 | 9.0197 |
| 9/20/2018 | 95 | 10.2397 |

Sale(s):

| Date | Units | Price |
|------|-------|-------|
| N/A | | |