# EXHIBIT J

**WAITR SECURITIES LITIGATION**
**LOSS CHART FOR SEAN BARNARD**
**CLASS PERIOD BEGINS:**          5/17/2018
**CLASS PERIOD ENDS:**           8/8/2019
**90-DAY LOOKBACK PERIOD ENDS:**   11/6/2019 **Time has fully run**
**90-DAY MEAN TRADING PRICE:**     1.303809524

| Acquisititions: | | | | Dispositions: | | | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|
| DATE ACQUIRED: | QUANTITY: | PRICE: | TOTAL VALUE: | DATE SOLD or HELD: | SALE PRICE or HELD VALUE: | TOTAL PROCEEDS: | |
| 11/15/2018 | 192,590 | $ 11.94 | $ 2,299,524.60 | HELD* | 1.303809524 | $ 251,100.68 | $ (2,048,423.92) |
| 11/15/2018 | 19,375 | $ 11.94 | $ 231,337.50 | HELD* | 1.303809524 | $ 25,261.31 | $ (206,076.19) |
| | 211,965 | | $ 2,530,862.10 | | | $ 276,361.99 | $ (2,254,500.11) Total Loss |

HELD* = For shares obtained during the Class Period, and retained upon its termination, losses have been determined using the "mean trading price" during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market.  *See* 15 U.S.C. § 78u–4(e)(1).  The "mean trading price" is defined as the average of the daily trading price of that security, determined as of the close of the market each day during the aforementioned 90-day period. *See* 15 U.S.C. § 78u–4(e)(3).