# EXHIBIT M

# LUNDY, LUNDY, SOILEAU & SOUTH, LLP
**501 Broad Street**
**Lake Charles, Louisiana 70601**

**337-439-0707 (Telephone)**
**337-439-1029 (Facsimile)**
**www.lundylawllp.com**

Lundy, Lundy, Soileau & South ("LLSS") is a nationally recognized law firm with vast experience in class actions and mass tort litigation. LLSS maintains an AV Preeminent Rating from Martindale Hubbell and is recognized in U.S. News and World Report as a Best Law Firm in Louisiana. Several of its attorneys are also recognized for their accomplishments in Super Lawyers.

The firm has been involved in class action and mass tort work since the early 1990s on both state and federal levels. Examples of state class action work are *Jack Kaleel, et al. v. Division Transport, Inc., et al.*, 33rd Judicial District Court, Allen Parish, Louisiana, No. CV-93-507 and *Craig West, et al v. G&H Seed Company, et al.*, 27th Judicial District Court of St. Landry Parish, Louisiana, No. 99-4984-A. *Kaleel* was tried to the conclusion of the plaintiffs' evidence when a class action settlement was reached. *West* was tried to the conclusion of the defendants' case when a class action settlement was reached. Members of LLSS acted as co-lead counsel in each of those class actions. Most recently, Partner, Matt Lundy, was appointed to the Plaintiffs' Steering Committee in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, USDC Eastern District of Louisiana. He participated in trying the second phase, "extent of the oil spill and punitive damages" of the trial and was a co-lead negotiator for the medical portion of the class settlement. Partner, Hunter Lundy, is presently serving on the Executive Committee of *In re Roundup Products Liability Litigation*, Northern District of California, No. 3:16-md-2741, while Partner, Kristie Hightower, serves by Court appointment on the Plaintiffs' Steering Committee in *In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2738.

Some of the firm's class involvement are as follows:

1.  Plaintiffs' Steering Committee and Lead Trial Counsel, *Sally Comeaux, et al. vs. Vista Chemical Company, et al.*, 14th JDC, Calcasieu Parish, Louisiana. The case involved chemical contamination ending in a class action settlement.

2.  Co-Lead Trial Counsel, *Craig West, et al v. G&H Seed Company, et al.*, 27th Judicial District Court of St. Landry Parish, Louisiana, No. 99-4984-A. The case involved underground chemical contamination and devastation to Louisiana crawfish from the chemical ICON ending in a class wide settlement.

3.  Plaintiffs' Steering Committee and Co-Lead Counsel, *Jack Kaleel, et al. v. Division Transport, Inc., et al.*, 33rd Judicial District Court, Allen Parish, Louisiana, No. CV-93-

507.  The case involved a chemical spill in Allen Parish resulting in a class wide settlement.

4.      Plaintiffs' Steering Committee, Trial Team Member and Discovery Team, *Marilyn Spitzfadden, et al v. Dow Corning, et al* Orleans Parish, Louisiana, Div. F.  The case involved personal injuries to women implanted with Dow Corning breast implants and resulted in a class settlement.

## <span style="color:red">ATTORNEYS</span>

## <u>Hunter Lundy</u>

Hunter Lundy founded the firm over 30 years ago. He is widely recognized as one of the premier personal injury lawyers in Louisiana and the United States. He has had an exceptional record of winning a large variety of cases. Hunter is seen by his peers as "someone that will work harder for his clients than anybody else. He is not afraid to take on the big companies and will not walk away from a fight."

His principal areas of practice include personal injury, commercial and product liability litigation as well as oil and gas litigation. Hunter has been named one of the National Trial Lawyers Top 100 for the past three years and one of the Top 10 Personal Injury Lawyers in Louisiana.  Hunter is driven by his desire to seek justice for individuals who have suffered catastrophic and life-altering events. He has won multi millions of dollars in awards for his clients.  His love of God and love of people fuel his drive to help those who cannot help themselves.

### <u>Professional History</u>

Hunter Lundy began his career with a clerkship for Walter L. Nixon, Jr, who was the U.S. District Judge for the Southern District of Mississippi.  In 1981 he returned to Lake Charles, Louisiana to practice law and opened the doors of his law firm in 1986. From the beginning, Hunter was a champion for victims of catastrophic events. He continues to advocate for those who need highly skilled representation in benchmark cases.

Cases of note include:

•       Action for Trespass – $10 Million verdict in a case involving an oil well blowout caused by pressure from the defendant's salt dome cavern leaking into the adjoining oil and gas fault block.

•       Copiah County Mississippi – Represented a PCB contaminated neighborhood and reached a $39 Million settlement.

•       Intentional Tort and Breach of Contract – Represented a locally owned business in a suit for damages and lost profits as a result of the State of Louisiana's failure to apply rules and regulations equally to all manufacturers of septic systems resulting in a $7.5 Million verdict.

**Government Service**

Law Clerk, Office of Walter L. Nixon, Jr., U.S. District Judge, Southern District of Mississippi, 1979-1981

**Professional Associations**

American Association for Justice

Louisiana Association for Justice

Mississippi Association for Justice

Louisiana State Bar Association

Mississippi Bar Association

Southwest Louisiana Bar Association

Louisiana Bar Foundation

Johnny Minick Ministries, Inc. Board of Directors

Executive Board of Boy Scouts for Calcasieu Parish, LA, Former Member

Board of Trustees of Mississippi College, Former Member

Foundation Board of Christus St. Patrick Hospital, Former Member

National Wildlife Federation's President Council, Former Member

**Professional Speaking Engagements**

1st Unity Summit: Preservation of Bill of Rights, March 2014

Guest Speaker on Topics of Environmental Justice and 1st Amendment Rights.

- Harvard
- Yale
- UCLA
- New York University
- Mississippi College School of Law
- LSU

**Athletic Recognition**

- Attended Millsaps College on athletic scholarship

- Scholar-Leader-Athlete Award from Mississippi Chapter of the National Football

Foundation and Hall of Fame

- Inducted into the Millsaps College Sports Hall of Fame

- Millsaps College Distinguished Athletic Alumni Award

## Practice Areas

- Personal Injury

- Commercial Litigation

- Product Liability

- Oil and Gas Litigation

- Mass Torts (Environmental and Pharmaceutical)

## Education

Mississippi College School of Law, Jackson, Mississippi
J.D. — 1980

Millsaps College, Jackson, Mississippi
B.A. — 1976

## Jurisdictions Admitted to Practice

State of Mississippi, 1980

State of Louisiana, 1981

## Honors, Awards and Appointments

- Top 10 Personal Injury Attorney in Louisiana, 2015

- The National Trial Lawyers Top 100, Diplomat 2015

- National Association of Distinguished Counsel, Top 1%, 2015

- Super Lawyer of Louisiana, 2010 – 2019

- Best Lawyers, Lawyer of the Year, 2015

- Litigator Award, Top 1% Lawyers, 2014-2015
- Mississippi College Law Review, Editor-in-Chief

- American Institute of Personal Injury Attorneys "10 Best Attorney"

## Matthew Lundy

Matthew Lundy is a partner of Lundy, Lundy, Soileau & South and has attained a Preeminent AV Rating from Martindale Hubbell. He is a respected trial attorney with over 25 years of litigation experience. His principal areas of practice include mass tort, class action, personal injury, maritime law and product liability (pharmaceutical drugs and medical devices).

### Professional History

Matt Lundy commenced his career as a Law Clerk for the Honorable Earl Veron, who was the U.S. District Judge for the Western District of Louisiana, Lake Charles Division. Upon completion of his clerkship with Judge Veron he joined his brother, Hunter, at the, then-named firm of Lundy & Davis, LLP in 1989. Matt continued to work in Lake Charles until 1994 when he moved to Houston, Texas to establish the next branch of Lundy & Davis. After twelve years, Matt decided to return to Lake Charles and is a partner at the firm of Lundy, Lundy, Soileau & South.

Matt has handled a variety of cases including maritime accidents, oil field accidents, pharmaceutical litigation, medical device litigation, products liability and environmental law before state and federal courts.

Matt was appointed to the Plaintiffs' Steering Committee in MDL 1742 *In re: Ortho Evra Products Liability Litigation* before the Honorable David A. Katz and served on the Plaintiffs' Steering Committee in MDL 2179 *In re: Oil Spill by the Oil Rig "Deepwater Horizon"* before the Honorable Carl Barbier. Matt has tried class actions, as well as individual personal injury cases. He has been named one of the National Trial Lawyers Top 100 and has been one of the Super Lawyers in Louisiana for the past four years.

Mass Tort/Class Action cases of note include:

- *West, et al. vs. G&H Seed Co., et al.* – Represented crawfish farmers whose crops were devastated by ICON, a pesticide used for killing rice weevils. Settlement was reached at close of Defendants' evidence.

- *Major Andrews, et al. vs. Kerr McGee* – Represented a neighborhood affected by creosote contamination and obtained a $50,000,000+ settlement.

- Co-Lead Council for *Kaleel, et al. vs. Division Transport, et al.* – Class action involving a hazardous waste spill. Settlement was made at the close of Plaintiff's evidence.

- *Sally Comeaux, et al. vs. Vista Chemical Co., et al.* – Class action regarding a neighborhood's groundwater contamination filed in December 1995 and settled in 1998.

•       Plaintiffs' Steering Committee, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, USDC Eastern District of Louisiana.

Matt has handled many other mass tort litigation projects that involve medical device failure, pharmaceutical litigation and contamination cases.  He continues to prevail on behalf of the people he represents.

## Government Service

Law Clerk, Office of Earl Veron, U.S. District Judge, Western District of Louisiana, Lake Charles Division, 1988-1989

## Professional Associations

American Association for Justice

Louisiana Association for Justice

Louisiana State Bar Association

Southwest Louisiana Bar Association

## Practice Areas

•       Class Action

•       Mass Torts

•       Product Liability

•       Personal Injury

•       Maritime Law

## Education

Louisiana State University Law Center, Baton Rouge, Louisiana
J.D. — 1988

Millsaps College, Jackson, Mississippi
B.B.A. — 1985

## Jurisdictions Admitted to Practice

State of Louisiana, 1988

State of Texas, 1989

**Honors, Awards and Appointments**

• The National Trial Lawyers: Top 10 Environmental Lawyers

• The National Trial Lawyers Top 100

• Super Lawyer of Louisiana, 2012-2019

• Litigator Award, Top 1% Lawyers, 2014-2015

• American Institute of Personal Injury Attorneys "10 Best Attorney"

# Rudie Soileau

Rudie R. Soileau, Jr. is a partner at the law firm of Lundy, Lundy, Soileau & South.  He is an esteemed litigator with over 30 years of trial experience.

His principal areas of practice include personal injury, wrongful death, general civil litigation and maritime accidents. He has helped many clients not only obtain restitution and relief for catastrophic injuries, but also helped clients and their family members gain peace of mind.

**Professional History**

Rudie R. Soileau, Jr. assisted the distinguished Professor Saul Litvinoff while attending his second and third years of law school at Louisiana State University School of Law.  Since his graduation in 1983, Rudie has focused his efforts on civil litigation.  He is currently a partner at Lundy, Lundy, Soileau & South. He joined Lundy, Lundy, Soileau & South in January 2009. Rudie has successfully litigated claims for maritime accidents, environmental contamination and toxic exposure, pipeline explosions, and many other claims involving wrongful death or catastrophic injuries.  In addition, Rudie has handled significant disputes involving contract and business litigation.

Cases of note include:

• Claim for two families resulting from a pipeline explosion – Successfully obtained $14.5 million in recovery.

• Medical Malpractice – Successful verdict that resulted in a Louisiana Supreme Court decision that limits the rights of the Louisiana Patient's Compensation Fund to contest liability when appealing a successful verdict at the trial court.
• Wrongful Death – Interstate highway construction zone accident.

•   Civil Rights Violation – Fatal shooting of a citizen by a deputy sheriff.

•   Wrongful Death – Two separate cases were successfully brought against the sheriff on behalf of the families of deputies killed in action.

Rudie has litigated a multitude of cases resulting in favorable decisions and verdicts for his clients.  He is well recognized as a skilled litigator that shows a combination of compassion and determination when trying his cases.

**Professional Associations**

American Association for Justice

Louisiana Association for Justice

Louisiana State Bar Association

Southwest Louisiana Bar Association

**Practice Areas**

•   Wrongful Death

•   Maritime Accidents

•   Pipeline and Oilfield Accidents

•   Pharmaceutical and Medical Device Litigation

•   General Civil Litigation

•   18 Wheeler and Auto Crashes

**Education**

Louisiana State University Law Center, Baton Rouge, Louisiana
J.D. – 1983

Louisiana State University, Baton Rouge, Louisiana
B.S. – 1979

**Jurisdictions Admitted to Practice**

State of Louisiana, 1983
**Honors, Awards and Appointments**

- 2014 Litigator Award, Top 1% Lawyers

## Jackey South

Jackey South is a partner at the law firm of Lundy, Lundy, Soileau & South. She has over 25 years of experience. Jackey thrives in the trial team environment and is adept at building client relationships.

### Professional History

Jackey graduated from the University of Arkansas at Little Rock School of Law in 1987. She practiced law for three years in Southeast Arkansas before relocating to Southwest Louisiana. Jackey was admitted to the Louisiana Bar and joined the firm in 1991. She then became a partner in 2008.

Jackey works tirelessly on her cases and sees them through from beginning to end. She commits herself to working on Pro-Bono cases with every bit of tenacity as larger high profile suits.

### Professional Associations

Arkansas Bar Association

Louisiana State Bar Association

State Bar of Texas

Southwest Louisiana Bar Association

Southwest Louisiana Bar Foundation, Board Member

Kiwanis Club of Lake Charles, Board Member, Past President 2005-2006, 2012-2013, Lieutenant Governor 2013-2014

### Community Service

- Pro Bono Counsel for Children in Need of Services (Children in State Custody due to Abuse or Neglect in Beauregard and Allen Parishes)

- Free Legal advice clinics in Calcasieu Parish Public Libraries

- Representative for SWLBA on the Calcasieu Parish Animal Control Hearing Board that hears and decides appeals citations issued by Calcasieu Animal Control

- Kiwanis Club of Lake Charles
  - Coats for Kids
  - Bringing Up Grades ("BUGS") program at Calcasieu Parish Elementary School
  - Annual Christmas Program for underprivileged children
  - Trainer Kiwanis Youth Protection Program

## Practice Areas

- Personal Injury

- Dangerous Drugs and Pharmaceuticals

- Dangerous and Defective Products

## Education

University of Arkansas at Little Rock School of Law, Little Rock, Arkansas
J.D. — 1987

Arkansas State University, Jonesboro, Arkansas
B.A. — 1976

## Jurisdictions Admitted to Practice

State of Arkansas, 1987

State of Louisiana, 1991

State of Texas, 1998

## Honors, Awards and Appointments

- 2014 Litigator Award, Top 1% Lawyers

- Jim Ortego Pro Bono Award, 2014

- Kiwanian of the Year, 2004-2005 & 2013-2014

## Kristie Hightower

Kristie attended Louisiana State University, earning a Bachelor's Degree with a major in Mass Communications and a minor in Business Administration. Kristie joined Lundy, Lundy, Soileau & South in 1996, as a paralegal in the Lake Charles office, then transferred to the firm's office in Jackson, Mississippi.

Kristie's practice areas include personal injury, product liability, toxic tort, mass tort and class action. Kristie has been particularly active through the years with the firm's environmental cases, which not only provided an opportunity to perform in an area she enjoys, but also to work closely with clients who were members of affected neighborhoods, forming relationships while working toward a resolution to better their circumstances.

Related to the cell phone radiation cases, she appeared in the Superior Court for the District of Columbia in Washington, D.C., representing victims with brain tumors in litigation against the cell phone industry. As part of a larger team, that included partners, Hunter Lundy and Rudie Soileau, Plaintiffs' Counsel obtained a favorable ruling in August 2014, allowing expert testimony for the plaintiffs in these groundbreaking cases, supporting a cause and effect link between radiation exposure generated by cell phones and certain brain tumors.

Currently, Kristie is actively involved with the Talcum Powder Litigation, representing women and the families of women who have used Johnson & Johnson's Baby Powder and Shower to Shower talcum powder products for years and were diagnosed with ovarian cancer.

She was appointed to the Plaintiffs' Steering Committee for consolidated Multi-District Litigation (MDL), *In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation,* pending in federal court before Judge Freda L. Wolfson, United States District Judge for the District of New Jersey in Trenton.

**<u>Professional Associations</u>**

American Association for Justice

Louisiana Association for Justice

Louisiana State Bar Association

Mississippi Bar Association

Fifth Circuit Bar Association

Southwest Louisiana Bar Association

Capital Area Bar Association

## Honors, Awards and Appointments

- The National Trial Lawyers: Top 10 Environmental Lawyers

- The National Trial Lawyers Top 100

- Super Lawyer of Louisiana, 2012-2017

- Litigator Award, Top 1% Lawyers, 2014-2015

- American Institute of Personal Injury Attorneys "10 Best Attorney"

- Super Lawyers Rising Star 2017-2018

## Practice Areas

- Personal Injury

- Product Liability

- Toxic Torts

- Mass Torts

- Class Action Litigation

## Jurisdictions Admitted to Practice

State of Louisiana, 2008

State of Mississippi, 2008

## Education

Mississippi College School of Law, Jackson, Mississippi-
J.D.- 2007

Louisiana State University, Baton Rouge, Louisiana
B.A.- 1991

## Daniel Kramer

Daniel brings his 15 years as a small business owner to the practice of law, having founded and operated a successful commercial registered agent service in Carson City, Nevada. He now practices in the areas of commercial, trust, and personal injury litigation and real estate transactions and litigation.

Daniel was admitted to practice law in 2012. He is also licensed to write title insurance policies and qualified to render title opinions with respect to real estate. He serves as corporate secretary and director of several non-profit charitable organizations and also sits as a Level 1 Hearing Committee Member for the Louisiana Attorney Disciplinary Board.

## Publications

*An Uncertain Prescription – Medical Malpractice Actions in Louisiana*, 72 La. Law Rev. 487 (2012).

*How to Value and Sell a Law Firm When you are Ready to Retire*, Louisiana Advocates, Nov. 2018, 13. Daniel Kramer and Laurie-Leigh White.

## Professional Associations

American Association for Justice

American Bar Association

Louisiana State Bar Association

Louisiana Association for Justice

Southwest Louisiana Bar Association

American Land Title Association

Louisiana Land Title Association

## Practice Areas

- Commercial Litigation

- Trust Litigation

- Construction Litigation

- Personal Injury

- Mass Torts

- Real Estate Transactions

- Real Estate Litigation

- Oil & Gas Litigation

**Education**

Louisiana State University Law Center, Baton Rouge, Louisiana
J.D., magna cum laude — 2012

McNeese State University, Lake Charles, Louisiana
B.S., magna cum laude — 2009

**Jurisdictions Admitted to Practice**

State of Louisiana, 2012

## Houston Middleton

Since joining Lundy, Lundy, Soileau & South in 2012, Houston's primary areas of practice have been commercial and business litigation, as well as maritime law and environmental law. He is licensed to practice before all state and federal courts of Louisiana and all state courts of Texas.

**Professional Associations**

American Association for Justice

American Bar Association

Louisiana State Bar Association

State Bar of Texas

Louisiana Association for Justice

Southwest Louisiana Bar Association

President Elect, Young Lawyer Section, 2015

At-Large Board Member, Young Lawyer Section, 2014

**Practice Areas**

- Commercial Litigation

- Business Litigation

- Maritime Law

- Personal Injury

**Education**

Emory University School of Law, Atlanta, Georgia
J.D. – 2009

Louisiana State University, Baton Rouge, Louisiana
B.A. –  2006

**Jurisdictions Admitted to Practice**

State of Louisiana, 2009


# Nicholas J. Kohrs

Nick was admitted to the Louisiana State Bar in 2011 to practice in Louisiana.  He is currently involved in multi-district litigation and practices in the areas of product liability and mass torts, including environmental litigation having performed significant work on the BP Oil case.

**Professional Associations**

American Association for Justice

Louisiana State Bar Association

Louisiana Association for Justice

**Community Service**

Nick and his wife, Colleen, are members of the 610 Stompers which allows them to help raise funds for many local charities in the New Orleans area. Additionally, Nick has volunteered for the Cystic Fibrosis Foundation.

**Practice Areas**

- Product Liability
- Personal Injury

- Mass Torts

- Toxic Tort

- Class Action Litigation

## Education

Loyola University, New Orleans, Louisiana
J.D. — 2011

McNeese State University, Lake Charles, Louisiana
B.S. —  2007

## Jurisdictions Admitted to Practice

State of Louisiana, 2011

## Nadina Beach

Nadina Beach practices in the area of commercial and personal injury litigation and is currently representing plaintiffs in multi-district litigation and mass torts.

## Professional History

Nadina Beach is an associate at Lundy, Lundy, Soileau & South. Originally from northern Canada, Nadina attended university in Washington and Oregon before attending law school on a full scholarship and graduating from William S. Boyd School of Law at University of Nevada, Las Vegas. Nadina practiced criminal defense and family law in San Diego before relocating to Lake Charles with her husband in 2015.

## Professional Associations

American Association for Justice

Louisiana Association for Justice

Louisiana State Bar Association

## Practice Areas

- Commercial Litigation
- Personal Injury

- Mass Torts

- Multi-district Litigation

**<u>Education</u>**

William S. Boyd School of Law at the University of Nevada, Las Vegas,

**<u>Jurisdictions Admitted to Practice</u>**

State of California

State of Louisiana, 2019