**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>            Defendants. | Civil Action No. 2:19−CV−01260<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAGISTRATE JUDGE KATHLEEN KAY<br><br>CLASS ACTION |
| KELLY BATES, Individually and on Behalf of all Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>            Defendants. | Civil Action No. 2:19−CV−01427<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAGISTRATE JUDGE KATHLEEN KAY<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING WALTER WELCH, SEAN BARNARD, AND THE
DELIVERY INVESTOR GROUP'S MOTION
TO CONSOLIDATE RELATED ACTIONS, APPOINT THE DELIVERY
INVESTOR GROUP AS LEAD PLAINTIFF, AND
APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

Having considered Walter Welch, Sean Barnard, and the Delivery Investor Group's Motion to Consolidate Related Actions, Appoint the Delivery Investor Group as Lead Plaintiff, and Approve Proposed Lead Plaintiff's Choice of Counsel, and all papers in support thereof and in opposition thereto, and oral argument, if any, and good cause appearing therefor:

1.  The above-captioned actions are hereby consolidated;

2.  The Delivery Investor Group is hereby appointed Lead Plaintiff for the putative Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and

3.  Kahn Swick & Foti, LLC is hereby approved as Lead Counsel and Lundy, Lundy, Soileau & South, LLP as Liaison Counsel for the putative Class pursuant to the PSLRA.

**IT IS SO ORDERED**.

DATED: _____          _____
                                         THE HONORABLE TERRY A. DOUGHTY
                                         UNITED STATES DISTRICT COURT JUDGE
                                         WESTERN DISTRICT OF LOUISIANA