**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of all Others Similarly Situated, | **CASE NO. 2:19-cv-01260** |
| Plaintiff, | |
| vs. | **JUDGE TERRY A. DOUGHTY** |
| CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, | **MAGISTRATE JUDGE KATHLEEN KAY** |
| Defendants. | |
| KELLY BATES, Individually and on Behalf of all Others Similarly Situated, | **CASE NO. 2:19-cv-01427** |
| Plaintiff, | |
| vs. | **JUDGE TERRY A. DOUGHTY** |
| CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, | **MAGISTRATE JUDGE KATHLEEN KAY** |
| Defendants. | |

**MOTION OF BARBARA BRIGIDEAR**
**FOR CONSOLIDATION OF ACTIONS, APPOINTMENT**
**AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**PLEASE TAKE NOTICE** that Barbara Brigidear ("Movant") will and hereby does respectfully move this Court, pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), codified as Section 27(a)(3) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), for an Order: (1) consolidating the above-captioned actions; (2) appointing Movant as Lead Plaintiff on behalf of a class consisting of all persons and entities, other than defendants, who purchased, acquired and/or otherwise held the securities of Waitr Holdings, Inc. ("Waitr" or the "Company") from May 17, 2018 to August 8, 2019 (the "Class Period"), including, but not limited to, those who acquired Waitr shares in connection with the Going Public Transaction, and those who acquired shares of the Company in the follow-on secondary offering on May 16, 2019; (3) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. as Lead Counsel for the putative class and Smith Shanklin Sosa as Liaison Counsel; and (4) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Movant submits the accompanying Memorandum of Law, the Declaration of John H. Smith, the [Proposed] Order Consolidating the Actions, Appointing Movant as Lead Plaintiff and Approving Movant's Selection of Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

DATED: November 26, 2019                    Respectfully submitted,

                                            s/ John H Smith_____
                                            John H Smith, Bar Roll No.  23308
                                            Loren D. Shanklin, Bar Roll No. 33366
                                            Alicia M. Sosa, Bar Roll No. 34101
                                            **SMITH SHANKLIN SOSA, L.L.C.**
                                            16851 Jefferson Highway, Suite 7C
                                            Baton Rouge, Louisiana 70817

Telephone: 225-223-6333
Facsimile: 888-413-8345


*Proposed Liaison Counsel for the Class*

**BRAGAR EAGEL & SQUIRE, P.C.**
W. Scott Holleman
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone:  (646) 860-9449
Facsimile:  (212) 214-0506
Email: holleman@bespc.com

*Counsel for Movant and Proposed*
*Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I, John H. Smith, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 26th day of November, 2019.

/s/ John H. Smith
John H. Smith