**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of all Others Similarly Situated, | **CASE NO. 2:19-cv-01260** |
| Plaintiff, | |
| vs. | **JUDGE TERRY A. DOUGHTY** |
| CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, | **MAGISTRATE JUDGE KATHLEEN KAY** |
| Defendants. | |
| KELLY BATES, Individually and on Behalf of all Others Similarly Situated, | **CASE NO. 2:19-cv-01427** |
| Plaintiff, | |
| vs. | **JUDGE TERRY A. DOUGHTY** |
| CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, | **MAGISTRATE JUDGE KATHLEEN KAY** |
| Defendants. | |

**DECLARATION OF JOHN H. SMITH**
**IN SUPPORT OF BARBARA BRIGIDEAR'S MOTION**
**FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS**
**LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, John H. Smith, hereby declare as follows:

1. I am a Partner with the law firm of Smith Shanklin Sosa, liaison counsel for lead plaintiff movant Barbara Brigidear ("Movant") and proposed liaison counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Certification signed by Movant, attaching her securities during the Class Period in Schedule A(s), thereto;

Exhibit B:    Chart detailing Movant's financial losses;

Exhibit C:    Press release published September 27, 2019, on *PRNewswire* announcing the pendency of the securities class action against Defendants herein: *Welch v. Meaux, et al.*, Case No. 2:19-cv-01260;

Exhibit D:    Bragar Eagel & Squire, P.C. firm résumé; and

Exhibit E:    Smith Shanklin Sosa firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 26th day of November, 2019.

*/s/ John H. Smith*
John H. Smith

1