# Exhibit B

**Loss Chart**

| Company Name | Waitr Holdings, Inc. | | | | | |
|---|---|---|---|---|---|---|
| Client Name | Barbara Brigidear | | **LIFO Loss Total** | **($400,536.21)** | | |
| Ticker Symbol | WTRH | | | | | |
| Class Period Start: | 05/17/2018 | | | | | |
| Class Period End: | 08/08/2019 | | | | | |
| 90 Day Average Price: | $1.30 | | | | | |

**ACCOUNT 1**

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 2/5/2019 | 1,800 | $11.83 | ($21,294.00) | | | ($21,294.00) |
| 2/5/2019 | -116 | | | $11.82 | $1,371.12 | ($19,922.88) |
| 2/7/2019 | -1,684 | | | $11.63 | $19,584.92 | ($337.96) |
| 2/11/2019 | 1,000 | $12.10 | ($12,100.00) | | | ($12,437.96) |
| 2/21/2019 | 1,500 | $10.75 | ($16,125.00) | | | ($28,562.96) |
| 3/6/2019 | -2,000 | | | $11.30 | $22,600.00 | ($5,962.96) |
| 3/7/2019 | 1,000 | $11.10 | ($11,100.00) | | | ($17,062.96) |
| 3/14/2019 | -500 | | | $14.96 | $7,480.00 | ($9,582.96) |
| 3/27/2019 | -1,000 | | | $11.78 | $11,780.00 | $2,197.04 |
| 3/28/2019 | 4,000 | $12.04 | ($48,160.00) | | | ($45,962.96) |
| 4/9/2019 | 5,000 | $11.55 | ($57,750.00) | | | ($103,712.96) |
| 4/12/2019 | -4,000 | | | $10.78 | $43,120.00 | ($60,592.96) |
| 5/1/2019 | 5,000 | $9.53 | ($47,650.00) | | | ($108,242.96) |
| 5/7/2019 | 5,000 | $9.02 | ($45,100.00) | | | ($153,342.96) |
| 5/7/2019 | 5,000 | $8.91 | ($44,550.00) | | | ($197,892.96) |
| 5/8/2019 | 5,000 | $9.03 | ($45,150.00) | | | ($243,042.96) |
| 5/14/2019 | 5,000 | $8.49 | ($42,450.00) | | | ($285,492.96) |
| 5/16/2019 | 10,000 | $7.67 | ($76,700.00) | | | ($362,192.96) |
| 6/14/2019 | 15,000 | $6.52 | ($97,800.00) | | | ($459,992.96) |
| **Shares Retained** | 55,000 | | | | **Retained Share Value** | $71,500.00 |
| | | | | | **Total Account Loss** | **($388,492.96)** |

**ACCOUNT 2**

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 3/7/2019 | 1,200 | $11.11 | ($13,332.00) | | | ($13,332.00) |
| 5/8/2019 | 35 | $9.05 | ($316.75) | | | ($13,648.75) |
| **Shares Retained** | 1,235 | | | | **Retained Share Value** | $1,605.50 |
| | | | | | **Total Account Loss** | **($12,043.25)** |