# Exhibit E

# JOHN H SMITH
ATTORNEY AT LAW

Civil Trial Practice:  Personal Injury and Wrongful Death,
Automobile and Trucking Negligence, Maritime,
Premises and Security Liability, Aviation, Products Liability and Toxic Tort.

## PERSONAL:

Born: October 03, 1966, Antlers, Oklahoma
High School: Terrebonne High School, Houma, Louisiana 1984
Married: Lou Ann Falgout Smith, 1985
Children: Teal Huntington Smith, Jake Michael Smith; John Alexander-Bernard Smith,
     Madelyn Rose Smith

## EDUCATION:

Nicholls State University (B.A. 1991)
Southern University Law School (J.D., 1994; Magna Cum Laude)

## BAR ADMISSIONS:

Louisiana State Bar, 1994
U.S. District Court, Eastern, Western and Middle Districts of
     Louisiana, 1994
U.S. 5th Circuit Court of Appeal, 1996
Mississippi State Bar, 2004
U.S. District Court, Northern and Southern Districts of Mississippi, 2004

## PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS:

Baton Rouge Bar Association
Ascension Parish Bar Association
Louisiana Trial Lawyers Association
     Toxic Tort Section Chairman 2005-2006
Trial Lawyers for Public Justice
American Bar Association
Mississippi Trial Lawyers Association

## CLASS ACTION EXPERIENCE

In Re: Firestone Litigation
MDL  Chicago, IL.; Finance Committee

Sheryl Ysbrand, et al. vs. DaimlerChrysler Corporation, et al.
No. CJ-00-643; Sequoyah County, Oklahoma

Debby Windham, et al. v. Terrebonne Parish Consolidated Govt.
No. 142,378; 32nd Judicial District Court, Parish of Terrebonne

In the Matter of the Complaint of Kirby Inland Marine, L.P., etc.
No. 04-611, U.S.D.C., Middle District of Louisiana

Maudrie Bartney, individually and on behalf of all others similarly situated, etc.
No. 05-953, U.S.D.C., Middle District of Louisiana

Mary Craig, et al vs. River City Towing Services, Inc., et al
No. 34,025 "A", 18th JDC, Parish of West Baton Rouge

Rodney Young, et al vs. Tessenderlo Kerley, Inc., et al
No. 62,414 "B", 18th JDC, Parish of Iberville

2