**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, <br><br> Defendants. | **CASE NO. 2:19-cv-01260** <br><br> **Judge Terry A. Doughty** <br><br> **Magistrate Judge Kathleen Kay** <br><br><br> **<u>ORAL ARGUMENT REQUESTED</u>** |
| KELLY BATES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, <br><br> Defendants. | **CASE NO. 2:19-cv-01427** <br><br> **Judge Terry A. Doughty** <br><br> **Magistrate Judge Kathleen Kay** |

**CHAD SARVER & JAMES GILLARD'S MOTION FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS, AND <u>APPROVAL OF THEIR SELECTION OF LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that lead plaintiff movants and putative class members Chad

Sarver and James Gillard ("Sarver & Gillard" or "Movants"), by and through their counsel, hereby

move this Court for the entry of an order: (1) consolidating the above-captioned related actions;

(2) appointing Sarver & Gillard as Lead Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§78u-4, *et seq.*; (3) approving Sarver & Gillard's selection of the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper (the "Motion").

Accordingly, for the reasons fully set forth in the accompanying Memorandum of Law in Support hereof, Declaration of Andrew A. Lemmon, with attached exhibits, pleadings and other filings and records in the above-captioned actions, and such other written or oral argument as may be presented to the Court, Sarver & Gillard respectfully asks that the Court GRANT their Motion.

DATED:  November 26, 2019

Respectfully submitted,

**LEMMON LAW FIRM, LLC**

 /s/ Andrew A. Lemmon
ANDREW A. LEMMON (#18302)
15058 River Road
P.O. Box 904
Hahnville, LA 70057
Telephone: (985) 783-6789
Facsimile:  (985) 783-1333
Andrew@lemmonlawfirm.com

*Local Counsel for Proposed Lead Plaintiffs*
*Chad Sarver and James Gillard*

THOMAS L. LAUGHLIN, IV
RHIANA L. SWARTZ
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
tlaughlin@scott-scott.com
rswartz@scott-scott.com

*Counsel for Proposed Lead Plaintiffs Chad*
*Sarver and James Gillard and Proposed Lead*
*Counsel for the Class*

2

BRIAN SCHALL
**THE SCHALL LAW FIRM**
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile:  (310) 388-0192
brian@schallfirm.com

*Additional Counsel for Proposed Lead Plaintiffs*
*Chad Sarver and James Gillard*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 26, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

       /s/ Andrew A. Lemmon
       ANDREW A. LEMMON (#18302)