**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>    Defendants. | **CASE NO. 2:19-cv-01260**<br><br>**Judge Terry A. Doughty**<br><br>**Magistrate Judge Kathleen Kay**<br><br><br>**ORAL ARGUMENT REQUESTED** |
| KELLY BATES, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>    Defendants. | **CASE NO. 2:19-cv-01427**<br><br>**Judge Terry A. Doughty**<br><br>**Magistrate Judge Kathleen Kay** |

**DECLARATION OF ANDREW A. LEMMON IN SUPPORT OF CHAD SARVER & JAMES GILLARD'S MOTION FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

I, Andrew A. Lemmon, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.   I am an attorney with Lemmon Law Firm, LLC ("Lemmon Law"), local counsel for lead plaintiff movants and putative class members Chad Sarver and James Gillard ("Sarver & Gillard" or "Movants").  I make this Declaration in support of Sarver & Gillard's motion for: (1) consolidation of the above-captioned related actions; (2) appointment as Lead Plaintiffs; (3) approval of their selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Counsel for the class; and (4) such other and further relief as the Court may deem just and proper.

2.   Attached are true and correct copies of the following:

Exhibit A:   Notice published on September 27, 2019, via *PRNewswire*;

Exhibit B:   Movants' Certifications pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit C:   Movants' Loss Charts; and

Exhibit D:   Scott+Scott's Firm Résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on November 26, 2019, at Hahnville, Louisiana.

    /s/ Andrew A. Lemmon
ANDREW A. LEMMON (#18302)

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 /s/ Andrew A. Lemmon
ANDREW A. LEMMON (#18302)
**LEMMON LAW FIRM, LLC**
15058 River Road
P.O. Box 904
Hahnville, LA 70057
Telephone: (985) 783-6789
Facsimile:  (985) 783-1333
Andrew@lemmonlawfirm.com

*Local Counsel for Proposed Lead Plaintiffs*
*Chad Sarver and James Gillard*