# EXHIBIT A

# FORMER LOUSIANA ATTORNEY GENERAL'S LAW FIRM Kahn Swick & Foti, LLC Files a Securities Class Action Against Waitr Holdings Inc. f/k/a Landcadia Holdings, Inc. -- (NasdaqGS: WTRH)



NEWS PROVIDED BY
**Kahn Swick & Foti, LLC →**
Sep 27, 2019, 22:50 ET

NEW ORLEANS, Sept. 27, 2019 /PRNewswire/ -- Kahn Swick & Foti, LLC ("KSF") and KSF partner, former Attorney General of Louisiana, Charles C. Foti, Jr., have filed a class action lawsuit in the United States District Court for the Western District of Louisiana on behalf of shareholders who purchased, acquired and/or otherwise held securities of Waitr Holdings Inc. f/k/a Landcadia Holdings, Inc. (NasdaqGS: WTRH) between May 17, 2018 and August 8, 2019, inclusive (the "Class Period"),  including, but not limited to, those who acquired Waitr shares in connection with its November 2018 going public transaction with Landcadia or in its May 2019 Secondary Offering.

**What You May Do**

If you purchased, acquired or held securities of Waitr and would like to discuss your legal rights you may, without obligation or cost to you, contact KSF Managing Partner Lewis Kahn toll-free at 1-877-515-1850 or via email (lewis.kahn@ksfcounsel.com), or visit http://ksfcounsel.com/cases/nasdaqgs-wtrh/ to learn more. If you wish to serve as a lead plaintiff in this class action, you must petition the Court no later than 60 days from today.

**About the Lawsuit**

Waitr, an online food ordering and delivery services company was formed through a going public transaction by Waitr Inc. and Landcadia Holdings, Inc. on November 15, 2018, after which time its shares began publicly trading on the Nasdaq under the symbol "WTRH."

On August 8, 2019, after market close, the Company revealed abysmal financial and operational results for the second quarter of 2019, including the resignation of its CEO, co-Founder Christopher Meaux; that its integration of BiteSquad.com, LLC, acquired in January 2019, was not proceeding according to plan; that the Company was laying off personnel; and that losses were running far ahead of plan and at a rate that eclipsed historical growth trends.

Following this news, the price of Waitr shares fell 50%. Waitr's market capitalization was $134 million, down from $910 million on March 13, 2019.

**About Kahn Swick & Foti, LLC**

KSF, whose partners include former Louisiana Attorney General Charles C. Foti, Jr., is one of the nation's premier boutique securities litigation law firms. KSF serves a variety of clients – including public institutional investors, hedge funds, money managers and retail investors – in seeking recoveries for investment losses emanating from corporate fraud or malfeasance by publicly traded companies. KSF has offices in New York, California and Louisiana.

**Contact:**

Kahn Swick & Foti, LLC
Lewis Kahn, Managing Partner
lewis.kahn@ksfcounsel.com

1-877-515-1850

1100 Poydras St., Suite 3200

New Orleans, LA 70163

SOURCE Kahn Swick & Foti, LLC

Related Links

http://www.ksfcounsel.com

/