# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Chad Sarver, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

1.      I have reviewed a Complaint against Waitr Holdings Inc. ("Waitr" or the "Company") and authorize the filing of a lead plaintiff motion on my behalf and to file an amended complaint on my behalf.

2.      I did not purchase or acquire Waitr securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities or Exchange Acts.

3.      I am willing to serve as a representative party on behalf of a class of investors who purchased or acquired Waitr securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

4.      To the best of my current knowledge, the attached sheet ("Schedule A") lists all of my transactions in Waitr securities during the Class Period, as specified in the Complaint.

5.      During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

6.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day of _____11/26/2019_____.

DocuSigned by:

*Chad Sarver*

5C343BCFF3044B0...

Chad Sarver

# Schedule A

**WAITR HOLDINGS INC**          **Ticker:  WTRH**          **Cusip:  930752100**

Class Period: 05/17/2018 to 08/08/2019

**Chad Sarver**

| | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 12/12/2018 | 1,000 | $11.49 |
| | 12/12/2018 | 2,000 | $11.49 |
| | 12/13/2018 | 700 | $11.28 |
| | 12/13/2018 | 1,300 | $11.27 |
| | 12/13/2018 | 301 | $11.26 |
| | 12/13/2018 | 400 | $11.25 |
| | 12/13/2018 | 99 | $11.24 |
| | 12/13/2018 | 200 | $11.21 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, James Gillard, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

1.    I have reviewed a Complaint against Waitr Holdings Inc. ("Waitr" or the "Company") and authorize the filing of a lead plaintiff motion on my behalf and to file an amended complaint on my behalf.

2.    I did not purchase or acquire Waitr securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities or Exchange Acts.

3.    I am willing to serve as a representative party on behalf of a class of investors who purchased or acquired Waitr securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

4.    To the best of my current knowledge, the attached sheet ("Schedule A") lists all of my transactions in Waitr securities during the Class Period, as specified in the Complaint.

5.    During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

6.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day of ___11/26/2019_____.

DocuSigned by:

*JAMES GILLARD*

1AC282ACCE6940C...

James Gillard

# Schedule A

**WAITR HOLDINGS INC**                    **Ticker:**  wtrh          **Cusip:**  930752100

Class Period: 05/17/2018 to 08/08/2019

**JAMES GILLARD**

| | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 5/23/2018 | 1,000 | $10.13 |
| | 10/2/2018 | 800 | $12.02 |
| | 10/2/2018 | 200 | $11.99 |
| | 5/29/2019 | 200 | $6.74 |
| | 7/2/2019 | 1,000 | $6.31 |