# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 05/17/2018 to 08/08/2019**

**WAITR HOLDINGS INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| WTRH | 930752100 | BFY66V1 | US9307521008 | $1.26530 * |

**Chad Sarver**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 12/12/2018 | 1,000 | $11.49 | -$11,492.50 |
| Purchase | 12/12/2018 | 2,000 | $11.49 | -$22,978.60 |
| Purchase | 12/13/2018 | 700 | $11.28 | -$7,895.72 |
| Purchase | 12/13/2018 | 1,300 | $11.27 | -$14,650.48 |
| Purchase | 12/13/2018 | 301 | $11.26 | -$3,389.14 |
| Purchase | 12/13/2018 | 400 | $11.25 | -$4,499.84 |
| Purchase | 12/13/2018 | 99 | $11.24 | -$1,112.72 |
| Purchase | 12/13/2018 | 200 | $11.21 | -$2,242.76 |
| **Class Period purchases:** | | **6,000** | | **-$68,261.76** |
| | LIFO Retained Purchases: | 6,000 | $1.26530 | $7,591.77 |

**\* Value of retained shares is the mean trading price from 08/09/2019 to 11/07/2019**       **LIFO Gain/(Loss):**       **-$60,669.99**

**LOSS ANALYSIS**

**Class Period: 05/17/2018 to 08/08/2019**

**WAITR HOLDINGS INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| **WTRH** | **930752100** | **BFY66V1** | **US9307521008** | **$1.26530** * |

**JAMES GILLARD**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase (LCA) | 5/23/2018 | 1,000 | $10.13 | -$10,130.00 |
| Purchase (LCA) | 10/2/2018 | 800 | $12.02 | -$9,616.00 |
| Purchase (LCA) | 10/2/2018 | 200 | $11.99 | -$2,398.00 |
| Purchase (WTRH) | 5/29/2019 | 200 | $6.74 | -$1,348.00 |
| Purchase (WTRH) | 7/2/2019 | 1,000 | $6.31 | -$6,310.00 |
| **Class Period purchases:** | | **3,200** | | **-$29,802.00** |
| | LIFO Retained Purchases: | 3,200 | $1.26530 | $4,048.95 |

**\* Value of retained shares is the mean trading price from 08/09/2019 to 11/07/2019**          LIFO Gain/(Loss):          -$25,753.06

| MOVANT | LOSS |
|---|---|
| JAMES GILLARD | **-$25,753.06** |
| CHAD SARVER | **-$60,669.99** |
| **TOTAL:** | **-$86,423.05** |