**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

|  |  |
|---|---|
| WALTER WELCH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, <br><br> Defendants. | **CASE NO. 2:19-cv-01260** <br><br> **Judge Terry A. Doughty** <br><br> **Magistrate Judge Kathleen Kay** |
| KELLY BATES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, <br><br> Defendants. | **CASE NO. 2:19-cv-01427** <br><br> **Judge Terry A. Doughty** <br><br> **Magistrate Judge Kathleen Kay** |

**[PROPOSED] ORDER CONSOLIDATING THE RELATED ACTIONS, APPOINTING CHAD SARVER & JAMES GILLARD AS LEAD PLAINTIFFS, AND APPROVING THEIR SELECTION OF LEAD COUNSEL**

WHEREAS, lead plaintiff movants and putative class members Chad Sarver and James Gillard ("Sarver & Gillard") have moved, pursuant to §21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of

1995, for: (1) consolidation of the above-captioned related actions; (2) appointment as Lead Plaintiffs; (3) approval of their selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Counsel for the class; and (4) such other and further relief as the Court may deem just and proper (the "Motion"), and good cause appearing therefore:

**IT IS HEREBY ORDERED**, as follows:

1. Sarver & Gillard's Motion is GRANTED;

2. The above-captioned actions are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and shall be captioned "*In re Waitr Holdings, Inc. Securities Litigation*" with the file maintained under Master File No. 2:19-cv-01260 (the "Consolidated Action"). All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into the Consolidated Action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court.;

3. Sarver & Gillard are the most adequate plaintiffs and appointed Lead Plaintiffs for the Consolidated Action (and any subsequently consolidated or related actions) to represent the class.

4. Sarver & Gillard's selection of lead counsel for the class is hereby approved and Scott+Scott is appointed as Lead Counsel.

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
HON. TERRY A. DOUGHTY, U.S.D.J.

2