**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:19-cv-01260-TAD-KK |
| Plaintiff, | |
| v. | |
| CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, | |
| Defendants. | |
| KELLY BATES, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:19-cv-01427-TAD-KK |
| Plaintiff, | |
| v. | |
| CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, | |
| Defendants. | |

**MOTION OF JIANWEN BU AND WILLIAM THOMPSON FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>COUNSEL</u>**

**PLEASE TAKE NOTICE** that Jianwen Bu and William Thompson (together, "Movants") respectfully move this Court for an order: (1) consolidating the above-captioned related actions; (2) appointing Movants as Lead Plaintiff pursuant to Section 27 of the Securities Act of 1933 (the "Securities Act") and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Movants' selection of Glancy Prongay & Murray LLP and The Rosen Law Firm, P.A. as Lead Counsel and Lemmon Law Firm, L.L.C. as Liaison Counsel for the proposed class; and (4) granting such other relief as the Court may deem just and proper.

In support of their motion, Movants rely on the attached memorandum of law, declaration of Andrew A. Lemmon and exhibits thereto, and such other papers as may be filed in support of this motion. A proposed order is also submitted herewith.

DATED: November 26, 2019                    Respectfully submitted,

                                            **LEMMON LAW FIRM, L.L.C.**

                                            By:   *s/ Andrew A. Lemmon*
                                            15058 River Road
                                            P.O. Box 904
                                            Hahnville, LA 70057
                                            Telephone: (985) 783-6789
                                            Facsimile: (985) 783-1333
                                            Email: andrew@lemmonlawfirm.com

                                            *Liaison Counsel for Movants and the Class*

                                            **GLANCY PRONGAY & MURRAY LLP**
                                            Lesley F. Portnoy
                                            1925 Century Park East, Suite 2100
                                            Los Angeles, California 90067
                                            Telephone: (310) 201-9150
                                            Facsimile: (310) 201-9160
                                            Email: lportnoy@glancylaw.com

                                            **THE ROSEN LAW FIRM, P.A.**
                                            Phillip Kim

275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Proposed Lead Counsel for Movants and the Class*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On November 26, 2019, I served true and correct copies of the foregoing document b posting the document electronically to the ECF website of the United States District Court for the Western District of Louisiana, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 26, 2019, at Hahnville, Louisiana.

*s/ Andrew A. Lemmon*
Andrew A. Lemmon