**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>Defendants. | Case No. 2:19-cv-01260-TAD-KK |
| KELLY BATES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>Defendants. | Case No. 2:19-cv-01427-TAD-KK |

**DECLARATION OF ANDREW A. LEMMON IN SUPPORT OF MOTION OF JIANWEN BU AND WILLIAM THOMPSON FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, Andrew A. Lemmon, hereby declare as follows:

1.      I am an attorney practicing with the law firm of Lemmon Law Firm, L.L.C., liaison counsel for Lead Plaintiff Movants Jianwen Bu and William Thompson (together "Movants") and proposed liaison counsel for the class in the above-captioned actions. I make this declaration in support of Movants' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published September 27, 2019 on *PR Newswire*, announcing the pendency of the securities class action against Defendants herein: *Welch v. Meaux, et al.*, No. 2:19-cv-01260;

Exhibit B:    Signed PSLRA Certification of Movants;

Exhibit C:    Table of Movants' calculated losses, as a result of transactions in   Waitr Holdings, Inc. securities;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP;

Exhibit E:    Firm résumé of The Rosen Law Firm, P.A.; and

Exhibit F:    Firm résumé of Lemmon Law Firm, L.L.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 26th day of November 2019.

*s/ Andrew A. Lemmon*
Andrew A. Lemmon

1