# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**WAITR HOLDINGS, INC. SECURITIES LITIGATION**

I, Jianwen Bu, certify that:

1.  I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.  I did not purchase the Waitr Holdings, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Waitr Holdings, Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

DocuSigned by:

*Jianwen Bu*

96CB97C3FFCA486...

10/10/2019
_____
Date

_____
Jianwen Bu

**Jianwen Bu's Transactions in Waitr Holdings Inc. (WTRH)**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 1/25/2019 | Bought | 6,000 | $12.2500 |
| 1/25/2019 | Sold | -6,000 | $12.2577 |
| 1/31/2019 | Bought | 4,000 | $12.1900 |
| 1/31/2019 | Sold | -4,000 | $12.2200 |
| 2/4/2019 | Bought | 6,644 | $12.1800 |
| 2/5/2019 | Sold | -6,644 | $11.8600 |
| 2/20/2019 | Bought | 3,000 | $11.5000 |
| 2/20/2019 | Sold | -3,000 | $11.5100 |
| 2/26/2019 | Bought | 7,713 | $10.2200 |
| 3/11/2019 | Sold | -7,713 | $12.4200 |
| 3/27/2019 | Bought | 8,036 | $11.9100 |
| 3/27/2019 | Sold | -8,036 | $11.9600 |
| 3/29/2019 | Bought | 7,833 | $12.2800 |
| 3/29/2019 | Sold | -7,833 | $12.2025 |
| 4/2/2019 | Bought | 7,427 | $12.8700 |
| 4/30/2019 | Bought | 294 | $10.2000 |
| 5/1/2019 | Bought | 308 | $9.7700 |

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Waitr Holdings Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Waitr Holdings Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

First name:     William
Middle initial:
Last name:      Thompson
Address:         REDACTED
City:
State:
Zip:
Country:
Facsimile:
Phone:
Email:

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 5/14/2019 | 3000 | 8.60 |
| Common Stock | 5/15/2019 | 3000 | 7.98 |
| Common Stock | 5/16/2019 | 5000 | 7.68 |
| Common Stock | 5/24/2019 | 3000 | 6.90 |
| Common Stock | 6/6/2019 | 1000 | 6.08 |
| Common Stock | 08/27/2019 | 10000 | 1.93 |
| Common Stock | 09/26/2019 | 7000 | 1.36 |

**Certification for William Thompson (cont.)**

Sales:

| Type of Security | Sale Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 5/16/2019 | 5000 | 7.87 |
| Common Stock | 5/24/2019 | 3000 | 7.13 |
| Common Stock | 6/10/2019 | 1000 | 6.10 |
| Common Stock | 7/01/2019 | 1500 | 6.502 |
| Common Stock | 7/17/2019 | 1000 | 5.23 |

7.  I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:        **YES**

By clicking on the button below, I intend to sign and execute this agreement and retain the Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis.        **YES**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 10/07/2019