# EXHIBIT C

Section 10(b) Loss Chart

**Company Name:** Waitr Holdings Inc.
**Ticker:** WTRH
**Class Period:** May 17, 2018 to August 8, 2019
**Name:** Jianwen Bu

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/25/2019 | 6,000 | $12.2500 | -$73,500.0000 | | $0.0000 | -$73,500.00 |
| 1/25/2019 | -6,000 | | $0.0000 | $12.2577 | $73,546.2000 | $73,546.20 |
| 1/31/2019 | 4,000 | $12.1900 | -$48,760.0000 | | $0.0000 | -$48,760.00 |
| 1/31/2019 | -4,000 | | $0.0000 | $12.2200 | $48,880.0000 | $48,880.00 |
| 2/4/2019 | 6,644 | $12.1800 | -$80,923.9200 | | $0.0000 | -$80,923.92 |
| 2/5/2019 | -6,644 | | $0.0000 | $11.8600 | $78,797.8400 | $78,797.84 |
| 2/20/2019 | 3,000 | $11.5000 | -$34,500.0000 | | $0.0000 | -$34,500.00 |
| 2/20/2019 | -3,000 | | $0.0000 | $11.5100 | $34,530.0000 | $34,530.00 |
| 2/26/2019 | 7,713 | $10.2200 | -$78,826.8600 | | $0.0000 | -$78,826.86 |
| 3/11/2019 | -7,713 | | $0.0000 | $12.4200 | $95,795.4600 | $95,795.46 |
| 3/27/2019 | 8,036 | $11.9100 | -$95,708.7600 | | $0.0000 | -$95,708.76 |
| 3/27/2019 | -8,036 | | $0.0000 | $11.9600 | $96,110.5600 | $96,110.56 |
| 3/29/2019 | 7,833 | $12.2800 | -$96,189.2400 | | $0.0000 | -$96,189.24 |
| 3/29/2019 | -7,833 | | $0.0000 | $12.2025 | $95,582.1825 | $95,582.18 |
| 4/2/2019 | 7,427 | $12.8700 | -$95,585.4900 | | $0.0000 | -$95,585.49 |
| 4/30/2019 | 294 | $10.2000 | -$2,998.8000 | | $0.0000 | -$2,998.80 |
| 5/1/2019 | 308 | $9.7700 | -$3,009.1600 | | $0.0000 | -$3,009.16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **8,029** | | | | **Subtotal:** | **-$86,759.99** |
| | | | **90-Day Average Price*** | **Shares Remaining** | **90-Day Average:** | $10,361.17 |
| | | | $1.2905 | 8,029 | **Total:** | **-$76,398.81** |

**Name:** William Thompson

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/14/2019 | 3,000 | $8.6000 | -$25,800.0000 | | $0.0000 | -$25,800.00 |
| 5/15/2019 | 3,000 | $7.9800 | -$23,940.0000 | | $0.0000 | -$23,940.00 |
| 5/16/2019 | 5,000 | $7.6800 | -$38,400.0000 | | $0.0000 | -$38,400.00 |
| 5/16/2019 | -5,000 | | $0.0000 | $7.8700 | $39,350.0000 | $39,350.00 |
| 5/24/2019 | 3,000 | $6.9000 | -$20,700.0000 | | $0.0000 | -$20,700.00 |
| 5/24/2019 | -3,000 | | $0.0000 | $7.1300 | $21,390.0000 | $21,390.00 |
| 6/6/2019 | 1,000 | $6.0800 | -$6,080.0000 | | $0.0000 | -$6,080.00 |
| 6/10/2019 | -1,000 | | $0.0000 | $6.1000 | $6,100.0000 | $6,100.00 |
| 7/1/2019 | -1,500 | | $0.0000 | $6.5020 | $9,753.0000 | $9,753.00 |
| 7/17/2019 | -1,000 | | $0.0000 | $5.2300 | $5,230.0000 | $5,230.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **3,500** | | | | **Subtotal:** | **-$33,097.00** |
| | | | **90-Day Average Price*** | **Shares Remaining** | **90-Day Average:** | $4,516.64 |
| | | | $1.2905 | 3,500 | **Total:** | **-$28,580.36** |

*Using the average closing price between August 9, 2019 and November 7, 2019

| Section 10(b) Loss Summary | |
|---|---|
| Jianwen Bu: | -$76,398.81 |
| William Thompson: | -$28,580.36 |
| **Group Loss:** | **-$104,979.17** |