# EXHIBIT F

**LEMMON LAW FIRM, L.L.C.**
www.lemmonlawfirm.com

15058 River Road
P.O. Box 904
Hahnville, Louisiana 70057
(985) 783-6789
(985) 783-1333 facsimile

### SUMMARY PROFILE

Lemmon Law Firm, L.L.C. was established in 1998 as a New Orleans and River Parishes (Orleans Parish, Jefferson Parish, St. Charles Parish, and St. John Parish) law firm offering professional legal services to individuals, small businesses, and local government.

Lemmon Law Firm's New Orleans office is conveniently located across Camp Street from the Federal Courthouse and the United States Court of Appeals for the Fifth Circuit.

Lemmon Law Firm's Hahnville office is also conveniently located near the courthouse and other governmental offices, in the Vial Law Building, established by James P. Vial, one of the first lawyers in St. Charles Parish, and grandfather of the firm's founder.

Lemmon Law Firm has several attorneys on staff or of counsel, including retired Louisiana Supreme Court Justice Harry T. Lemmon. Lemmon Law Firm employs a full staff of experienced support workers to meet or exceed its clients' needs and expectations.

### ATTORNEY PROFILES

**Andrew A. Lemmon**
**andrew@lemmonlawfirm.com**

Andrew A. Lemmon is a New Orleans born trial attorney who has practiced law in Louisiana and many federal courts for thirty years. He has worked on many cases in the field of environmental law, toxic torts, and other complex business litigation. He has also worked on numerous multi district, class actions, shareholder or securities cases, and other litigation and legislative matters.

Andrew earned a Master of Laws degree (LL.M.) in Environmental Law from the George Washington University National Law Center, a Juris Doctor from Loyola University in New Orleans, where he was a member of the Law Review, and a Bachelor of Arts degree from Louisiana State University. He also served as an intern for the United States Department of Justice in the Environmental Enforcement Section and represented the City of New Orleans in the Agriculture Landfill litigation, when the United States government sought access to the city owned property at the site.

Andrew also serves as a Domestic Mediator and, in addition, offers his services as a civil mediator.

Andrew is on the Board of Directors of Reach Out America, an organization formed to assist evacuees after Hurricanes Katrina and Rita; Louisiana Bayou Keeper, Inc., an affiliate of Waterkeeper Alliance, Inc.; Krewe of Chronos, a Mardi Gras krewe; Mardi Gras Lacrosse Tournament; Public Justice Foundation; American Association of Justice; and a number of other social, civic, and charitable organizations.

He is the oldest of six children and the proud father of Stuart Thomas Lemmon, a senior at Lusher High School, a New Orleans Public School. He is married to Joan Marie Folse Lemmon, a recent graduate of the John Folse Culinary Institute, and is the proud stepfather of Hillary Cheramie and Everett Planchet.

### EXPERIENCE IN TOXIC MASS TORT/COMPLEX LITIGATION

- Served as counsel for the City of New Orleans in a dispute over the remediation of a former city landfill site in New Orleans. (United States v. City of New Orleans).

- Served as lead counsel in the remediation of underground storage tank site. (Wallington v. Essex Insurance).

- Served as environmental counsel for landowner on former shipyard site. (Batture Fleet v. Browner).

- Served as class counsel on the Plaintiffs' Legal Committee in class action litigation involving explosion at Mobil Oil Refinery in Chalmette, Louisiana. (Lailhengue v. Mobil Oil).

- Served as class counsel on Plaintiffs' Legal Committee in class action litigation involving synergistic effects from

pollution from several plants operating in Chalmette, Louisiana. (Ford v. Murphy Oil).

- Served as co-counsel in class action litigation involving chemical/toxic exposure to workers at Bureau of Engraving & Printing facility in Fort Worth, Texas. (Browne v. SICPA).

- Served as class counsel on Plaintiffs' Legal Committee in class action litigation involving explosion at Murphy Oil Refinery in Chalmette, Louisiana. (Andry v. Murphy Oil).

- Served as special associate to the Plaintiffs' Steering Committee in the San Juan Dupont Plaza Hotel Fire Litigation in San Juan, Puerto Rico.

- Served as lead counsel for plaintiffs in chemical litigation involving a ten ton chlorine release from Pioneer Chlor Alkali's St. Gabriel, Louisiana plant. (Bonifay v. Pioneer Chlor-Alkali).

- Served as lead plaintiffs' counsel in chemical litigation involving a substantial release of hydrogen sulfide gas from a barge at Paktank's Westwego, Louisiana facility. (Inniss v. Paktank Corporation).

- Served as plaintiffs' counsel in chemical litigation involving a substantial explosion of a nitrogen tetroxide tank car at a paper mill in Bogalusa, Louisiana. (Johnson v. Gaylord Chemical Corporation).

- Served as plaintiffs' counsel in class action litigation involving pesticide poisoning of banana workers in Latin America. (Martinez v. Dow Corporation).

- Served as opt-out plaintiffs' counsel in litigation involving a substantial release of ammonia in Taft, Louisiana. (Baudoin v. Koch Nitrogen Company).

- Served as opt-out plaintiffs' counsel in chemical litigation involving a substantial release of hydrogen chloride and hydrogen sulfide from a tank truck in Baton Rouge, Louisiana. (In Re: Hydrochem Corporation; and Lang v. DSI Transports, Inc.).

- Served as opt-out plaintiffs' counsel in chemical litigation involving a substantial release of antimony pentachloride in Baton Rouge, Louisiana. (Brown v. AlliedSignal Corporation).

- Served as opt-out plaintiffs' counsel in chemical litigations involving two releases of ammonia and EDC in Geismar, Louisiana. (Scott v. Borden Chemicals).

- Served as class plaintiffs' counsel in chemical litigation involving a substantial release of pyrolysis gasoline from a barge in Baton Rouge, Louisiana. (Robin v. Ingram Barge Company).

- Serving as class plaintiffs' counsel in litigation involving a substantial saltwater intrusion into the drinking water system in Assumption Parish, Louisiana. (Mabile v. Assumption Parish Waterworks).

- Served as class plaintiffs' counsel in chemical litigation involving a substantial release of chlorine from a facility in St. Gabriel, Louisiana. (Hubbard v. Harcros Chemicals, Inc.).

- Served as lead plaintiffs' and trial counsel in multi-party chemical litigation involving a substantial release of ammonia from a facility in Luling, Louisiana. (Robertson v. Monsanto Company).

- Served as lead counsel and plaintiffs' liaison counsel in chemical litigation involving a substantial release of naphtha from a facility in Taft, Louisiana. (Howard v. Union Carbide Corporation).

- Served as plaintiffs' liaison counsel in chemical litigation involving a substantial release of petroleum from a facility in Norco, Louisiana. (In re: Orion Tank Fire Litigation).

- Served as lead counsel and plaintiffs' liaison counsel in litigation involving a substantial release of raw sewerage into a community in Jefferson, Louisiana. (Arnoud v. Jackson's Grease Trap, Inc.).

- Served as lead class plaintiffs' counsel and trial leader in chemical litigation involving a substantial release of ammonia and melamine from a facility in Waggaman, Louisiana. (Johnson v. Cytec Industries, Inc.).

- Served as co-lead class plaintiffs' counsel in HMO litigation involving the delay in payment by insurers and third party administrators to doctors. (<u>Lakeland Anesthesia v. AETNA</u>).

- Served as co-lead class plaintiffs' counsel in HMO litigation involving the delay in payment by insurers and third party administrators to doctors. (<u>Lakeland Anesthesia v. CIGNA</u>).

- Served as co-class plaintiffs' counsel in HMO litigation involving the delay in payment by insurers and third party administrators to doctors. (<u>Lakeland Anesthesia v. Blue Cross/Blue Shield</u>).

- Served as co-class plaintiffs' counsel in HMO litigation involving the delay in payment by insurers and third party administrators to doctors. (<u>Lakeland Anesthesia v. SMA</u>).

- Served as co-class plaintiffs' counsel in HMO litigation involving the delay in payment by insurers and third party administrators to doctors. (<u>Lakeland Anesthesia v. United Healthcare</u>).

- Served as lead class plaintiffs' counsel in chemical litigation involving a substantial release of sulfur from a facility in Gibson, Louisiana. (<u>Singleton v. Diamond Services Corporation</u>).

- Served as plaintiffs' liaison counsel in class action chemical litigation involving a substantial release of acetic anhydride from a facility in Luling, Louisiana. (<u>Matherne v. Monsanto Company</u>).

- Appointed on executive committee with co-lead counsel in shareholder derivative claim in the District of New Jersey. (<u>Staehr v. Merck</u> and <u>Halpert v. Merck</u>).

- Served as counsel in shareholder derivative claim in the Eastern District of Louisiana. (<u>Feyler v. U.S. Unwired</u>).

- Served as counsel in shareholder derivative claim in the Eastern District of Louisiana. (<u>Thompson v. Shaw Group</u>).

- Serving as Trial team member and Of Counsel to the Plaintiffs' Steering Committee in the Chinese Drywall

- litigation in the Eastern District of Louisiana. (<u>Chinese-Manufactured Drywall Products Liability Litigation</u> MDL 2047).

- Served as Committee Chair of the Science Committee in the BP Oil Spill litigation and as Phase II trial and deposition team member in the Eastern District of Louisiana. (<u>Oil Spill by the Oil Rig "Deepwater Horizon"</u> MDL 2179).

- Serving as Discovery Chair for Subscriber Class in nationwide antitrust case regarding excessive insurance premiums. (<u>In Re: Blue Cross/Blue Shield Antitrust Litigation</u> MDL 2406.

- Serving as Discovery Co-Chair and PSC member in litigation regarding the chemotherapy drug Taxotere. (<u>In Re: Taxotere</u> (docetaxil) <u>Products Liability Litigation</u> MDL 2740.

- Serving in various roles in litigation arising out of clawback and hidden premiums charged by pharmacy benefit management companies. <u>In Re: UNITEDHEALTH GROUP PBM Litigation</u>; <u>Waldrop v. Humana, Inc.</u>; <u>In Re: CIGNA Corporation PBM Litigation</u>; and <u>Forth v. Walgreen Co.</u>

**Donna M. Bossier**
**donna@lemmonlawfirm.com**

Donna M. Bossier is a New Orleans born attorney who has practiced law in Louisiana and many federal courts for thirty years. Donna and Andrew have worked together since middle school, through law school, and with Lemmon Law Firm since 1999 in various capacities, including her current position as Special Counsel for the Blue Cross/Blue Shield Antitrust Litigaiton. She has worked as a litigator on cases in the areas of medical devices and drug products liability, salt dome collapse liability, three wheeler and blood bank litigation, as well as Health Plan, and Antitrust complex litigation. Throughout her legal career, Donna's primary focus has been in the area of Health Law, including transactions, accreditation, general advice, and working with health plans, medical groups, clinics, and hospitals.

Donna's previous work includes positions as General Counsel for Peoples Health, in the litigation section of Jones, Walker law firm, and in the Health Law Group of McGlinchey, Stafford law firm. She is a member of The American Health Law Association, the

American Bar Association Antitrust and Health Law Specialty Groups, the Women Antitrust Plaintiff's Attorneys Group, the National Association of Professional Women, and the Louisiana State Bar Association. She is admitted and practices in Louisiana and Federal Courts.

She is the proud mother of J. Hunter Phillips, IV, a recent graduate of the Tulane University Masters of Social Work program, and Brandon Bossier Phillips, a senior in the Computer Science Program at the University of New Orleans.


## Irma L. Netting
**irma@lemmonlawfirm.com**

Irma L. Netting was born in Somers Point, New Jersey. She joined the Lemmon Law Firm in 2002, after practicing law in New Jersey for ten years. Before moving to Louisiana, she successfully operated a New Jersey solo practitioner firm handling personal injury defense, wills and estate administration, complex land use and real estate matters, municipal government law, and municipal in rem foreclosures. She previously represented the City of Egg Harbor, the City of Estelle Manor, and the Hammonton Planning Board, all while practicing in New Jersey.

Her work with the Lemmon Law Firm encompasses such areas as personal injury, wills and successions, interdictions, real estate, shareholder or securities cases, and appeals.

She is a graduate of Rutgers University School of Law, where she was the recipient of the Ford Foundation International Law Scholarship and a participant in the Philip C. Jessup International Moot Court Team, Stockton State College, where she was a participant at the Center for the Study of the Presidency in Washington, D.C, and graduated summa cum laude, and Atlantic Community College, where she was a member of the Phi Theta Kappa International Honor Society and graduated with High Honors.

She is admitted to practice in all State courts and Federal District Courts in Louisiana. In addition, she is licensed in New Jersey, Pennsylvania, and Washington, D.C. She is a member of the American Association for Justice, the Federal Bar Association, and the St. Charles Parish Bar Association. She is a member of, and does volunteer work for, the St. Charles Council on Aging.

## Harry T. Lemmon
## htlemmon@bellsouth.net

HARRY T. LEMMON is a retired Associate Justice of the Supreme Court of Louisiana, having served from 1980 to 2001. Prior to his election to the Supreme Court, he served on the Louisiana Fourth Circuit Court of Appeal for ten years.

Justice Lemmon received his J.D., cum laude, from Loyola University School of Law, where he was a member of Law Review, the Blue Key Honor Society and the Alpha Sigma Nu Honorary Fraternity. He is married to the Honorable Mary Ann Vial Lemmon, who is a Judge on the United States District Court for the Eastern District, and is the father of Andrew Lemmon, Roslyn Lemmon and Jake Lemmon, who are attorneys, the Honorable M. Lauren Lemmon, who is a Judge on the 29th Judicial District Court, Dr. Carla Lemmon, a psychologist, and Patrick Lemmon, a sociologist.

Justice Lemmon served on the adjunct faculty of Loyola University School of Law and taught courses at Louisiana State University Law Center and Tulane University School of Law. He was the Chair of the Louisiana Judicial College for 25 years and the Chair of the Education Committee of the Appellate Judges Education Institute.

Justice Lemmon is or was a member of the Loyola University School of Law Visiting Committee, the American Bar Association, the Louisiana State Bar Association, the Appellate Judges Conference, the Institute of Judicial Administration, the Board of Directors of the American Judicature Society and the American Inns of Court Board of Trustees. He received an honorary Doctor of Laws from Loyola and is an honorary member of the order of the Coif and the Hall of Fame of L.S.U. Law Center. Professional awards include Louisiana Bar Foundation Jurist of the Year in 2001 and Loyola Law Alumni St. Ives Award in 2002.

## James "Jake" Lemmon
## jake@lemmonlawfirm.com

James "Jake" Lemmon, a 1997 Loyola graduate who focuses on criminal law, started out his practice as a prosecutor in Orleans Parish for three years, followed by three years in

Livingston Parish. He now practices as a private criminal defense attorney in several surrounding parishes.


**Scott J. Falgoust**
**scott@lemmonlawfirm.com**

Scott J. Falgoust was born in Baton Rouge, Louisiana. Before joining the Lemmon Law Firm in 2013, he spent two years working with the Plaintiffs' Steering Committee assigned by Judge Carl J. Barbier to represent the citizens and businesses who suffered damages caused by the BP Oil Spill.

Scott earned a Juris Doctor from Loyola University New Orleans College of Law in 2010 and a Bachelor of Arts Degree from Louisiana State University in 2006. He also served as an intern in the New Orleans City Attorney's Office in the Housing and Finance Division where he assisted in the expropriation of blighted or abandoned properties throughout the city of New Orleans.

His practice with the Lemmon Law Firm includes personal injury, domestic, class actions, and other litigation matters. He also works with businesses and individuals in recovering losses caused by the 2010 BP Oil Spill.

He spends his free time watching LSU sports with his dad and brothers, Joey and Ben, his wife Lacey, and his son Liam.


## PROFESSIONAL REFERENCES

Lemmon Law Firm's persistence and professionalism will be attested to by its current and former clients. These include:

Mr. Ellis Alexander
St. Charles Parish School Board
13855 River Road
Luling, Louisiana  70070
(985) 783-2641

Ms. Tina Folse
St. Charles Parish School Board
13855 River Road

Luling, Louisiana   70070
(985) 785-7249

Mr. Robin Durant, owner
Bayou Fleet, Inc.
Post Office Box 446
Hahnville, Louisiana   70057
(985) 783-6403

Mr. Sidney Joel DeJean, manager
Simoneaux Family Land, L.L.C.
4381 Highway 306
Des Allemands, LA 70030
(985) 758-2886