# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, <br><br> Defendants. | Case No. 2:19-cv-01260-TAD-KK |
| KELLY BATES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, <br><br> Defendants. | Case No. 2:19-cv-01427-TAD-KK |

**[PROPOSED] ORDER GRANTING MOTION OF JIANWEN BU AND WILLIAM THOMPSON FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

Having considered the motion of Jianwen Bu and William Thompson for consolidation of related actions, appointment as lead plaintiff and approval of counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Waitr Holdings, Inc. Securities Litigation*, Master File No. 2:19-cv-01260;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), and 15 U.S.C. § 78u-4(a)(3)(B), appoints Jianwen Bu and William Thompson  as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP and The Rosen Law Firm, P.A. as Lead Counsel and Lemmon Law Firm, L.L.C. as Liaison Counsel for the class.


IT IS SO ORDERED.


Dated: _____, 2019        _____

                                      HON. TERRY A. DOUGHTY
                                      UNITED STATES DISTRICT JUDGE


1