**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

|  |  |  |
|---|---|---|
| **WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,** | ) ) ) ) |  |
| **Plaintiff,** | ) ) ) | **CIVIL ACTION NO. 2:19-cv-01260-TAD-KK** |
| **vs.** | ) ) ) |  |
| **CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,** | ) ) ) ) ) ) ) ) ) | **JUDGE: Terry A. Doughty**  **MAGISTRATE JUDGE: Kathleen Kay** |
| **Defendants.** | ) |  |

**ORDER**

Considering the foregoing Motion for Admission of Counsel to Appear *Pro Hac Vice*,

IT IS ORDERED that Caitlin L.D. Hull be and is hereby admitted to the bar of this Court *pro hac vice* to appear and to act as counsel on behalf of Christopher Meaux, David Pringle, Jeff Yurecko, Tilman J. Fertitta, and Waitr Holdings, Inc., in the above-captioned case.

SO ORDERED on this, the 10th day of December, 2019.

U.S. MAGISTRATE JUDGE