UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>Defendants. | CIVIL ACTION NO. 2:19-cv-01260-TAD-KK<br><br>JUDGE: Terry A. Doughty<br><br>MAGISTRATE JUDGE: Kathleen Kay |

## ORDER

Considering the foregoing Motion for Admission of Counsel to Appear *Pro Hac Vice*,

IT IS ORDERED that James K. Langdon be and is hereby admitted to the bar of this Court *pro hac vice* to appear and to act as counsel on behalf of Christopher Meaux, David Pringle, Jeff Yurecko, Tilman J. Fertitta, and Waitr Holdings, Inc., in the above-captioned case.

SO ORDERED on this, the 10th day of _____December_____, 2019.

U.S. MAGISTRATE JUDGE