UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES _____ DIVISION

WALTER WELCH, _____    Case No. 2:19-CV-01260-TAD-KK

Plaintiff

VS.    Judge Terry A. Doughty _____

CHRISTOPHER MEAUX, et al. _____    Magistrate Judge Kathleen Kay _____

Defendant

**ORDER**

IT IS ORDERED that Jeremy A. Lieberman _____ be and is hereby

admitted to the bar of this Court pro hac vice on behalf of Movant Tupac De La Cruz _____

_____ in the above described action.

SO ORDERED on this, the __16th__ day of _____December_____, _2019_____.

_____

U.S. Magistrate Judge