UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| WALTER WELCH, Individually and on behalf of all others similarly situated, | **CASE NO. 2:19-cv-01260** |
| Plaintiff, | |
| vs. | **JUDGE TERRY A. DOUGHTY** |
| CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, | **MAGISTRATE JUDGE KATHLEEN KAY** |
| Defendants. | |
| KELLY BATES, Individually and on Behalf of all Others Similarly Situated, | **CASE NO. 2:19-cv-01427** |
| Plaintiff, | |
| vs. | **JUDGE TERRY A. DOUGHTY** |
| CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, | **MAGISTRATE JUDGE KATHLEEN KAY** |
| Defendants. | |

**BARBARA BRIGIDEAR'S RESPONSE TO COMPETING
MOTIONS FOR CONSOLIDATION OF ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Movant Barbara Brigidear ("Brigidear") by her undersigned counsel, respectfully submits this Response to the competing motions for consolidation of actions, appointment as lead plaintiff, and approval of selection of counsel.

On November 26, 2019, Brigidear filed a motion for consolidation of actions, appointment as lead plaintiff, and approval of selection of counsel (ECF No. 14).  On the same date, five other movants similarly moved for appointment as lead plaintiff:  (1) Tupac de la Cruz ("de la Cruz") (ECF No. 11); (2) Theresa and Harry Coker (ECF No. 12); (3) the Delivery Investor Group (ECF No. 13); (4) Chad Sarver and James Gillard ("Sarver & Gillard") (ECF No. 15); and, (5) Jianwen Bu and William Thompson (ECF No. 16).  On December 3, 2019, movants Sarver & Gillard filed a notice recognizing that they did not have "the largest financial interest in the relief sought by the class."  15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).  ECF No. 18.

Having reviewed the four remaining competing lead plaintiff motions, Brigidear hereby gives notice of non-opposition to the motion of de la Cruz.

The Private Securities Litigation Reform Act ("PSLRA"), as amended, 15 U.S.C. § 78u-4(a)(3)(B), provides for the Court to appoint as lead plaintiff the movant who has the largest financial interest in the litigation *and* has made a *prima facie* showing that he, she, or it is an adequate class representative under Rule 23 of the Federal Rules of Civil Procedure.  Here, that movant is de la Cruz.

The Delivery Investor Group claims to have the largest financial interest with purported losses of $17,036,726.25.  While those losses surpass the next largest movant, de la Cruz, the Delivery Investor Group does not appear to be an adequate class representative.

First, the Delivery Investor Group's motion was strangely submitted by the Delivery Investor Group and two other individuals, Walter Welch ("Welch") and Sean Barnard ("Barnard"),

1

who did not move to be appointed lead plaintiff but indicated support for the Delivery Investor Group's appointment.  This unusual motion includes PSLRA certifications and loss charts for Welch and Barnard (ECF Nos. 13-9 through 13-12) even though they did not request to be appointed as lead plaintiff indicating that their counsel possibly intended to move on behalf of all of them but could not for some unknown reason.  Neither Welch nor Barnard signed the Joint Declaration (ECF No. 13-3) submitted by the Delivery Investor Group in support of the Delivery Investor Group.  These oddities raise the question as to whether this is a lawyer-driven grouping cobbled together for the purposes of the lead plaintiff motion in contravention of the intent of the PSLRA.

Second, the Delivery Investor Group individuals are atypical as they did not purchase their shares on the open market in reliance upon the alleged false and misleading statements, but instead acquired their stock as a result of Waitr Holdings Inc.'s ("Waitr") acquisition of BiteSquad.com, LLC.  *See* ECF No. 13-3.  This manner of acquisition and lack of reliance will permit defendants to rebut the presumption of reliance and defeat a motion for class certification.  In addition, the complaints allege claims under Section 10(b) of the Securities Exchange Act of 1934 and Section 11 of the Securities Act of 1933 (the "Securities Act").  As the Delivery Investor Group acquired its Waitr stock through the BiteSquad.com acquisition, the members do not have standing for the Securities Act claims as they did not acquire their shares pursuant to or traceable to the false and misleading registration statement and prospectus associated with those claims.

For these reasons, the Delivery Investor Group is not an adequate class representative under Rule 23 of the Federal Rules of Civil Procedure.

Unlike the Delivery Investor Group, de la Cruz, a single individual, is an adequate class representative under Rule 23 of Civil Procedure and as such, along with his losses of $856,073,

meets the requirements for appointment as lead plaintiff in the consolidated action.

This Response shall have no impact on Brigidear's membership in the putative class, her right to share in any recovery obtained for the benefit of the class members, and/or her ability to serve as representative party should the need arise.

DATED: December 17, 2019                     Respectfully submitted,

*/s/ John H. Smith*
John H. Smith, Bar Roll No. 23308
Loren D. Shanklin, Bar Roll No. 33366
Alicia M. Sosa, Bar Roll No. 34101
**SMITH SHANKLIN SOSA, L.L.C.**
16851 Jefferson Highway, Suite 7C
Baton Rouge, Louisiana 70817
Telephone: 225-223-6333
Facsimile: 888-413-8345

*Liaison Counsel for Brigidear*

**BRAGAR EAGEL & SQUIRE, P.C.**
W. Scott Holleman
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone:  (646) 860-9449
Facsimile:  (212) 214-0506
Email: holleman@bespc.com

*Counsel for Brigidear*

## CERTIFICATE OF SERVICE

I, John H. Smith, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 17th day of December, 2019.

*/s/ John H. Smith*

John H. Smith