# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

|  |  |
|---|---|
| WALTER WELCH, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, <br><br> Defendants. | Civil Action No. 2:19−CV−01260 <br><br> JUDGE TERRY A. DOUGHTY <br><br> MAGISTRATE JUDGE KATHLEEN KAY <br><br> CLASS ACTION |
| KELLY BATES, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC, <br><br> Defendants. | Civil Action No. 2:19−CV−01427 <br><br> JUDGE TERRY A. DOUGHTY <br><br> MAGISTRATE JUDGE KATHLEEN KAY <br><br> CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF MELINDA A. NICHOLSON IN SUPPORT OF WALTER WELCH, SEAN BARNARD, AND THE DELIVERY INVESTOR GROUP'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT THE DELIVERY INVESTOR GROUP AS LEAD PLAINTIFF AND APPROVE PROPOSED LEAD PLAINTIFF'S <u>CHOICE OF COUNSEL</u>**

I, Melinda A. Nicholson, hereby declare as follows:

1.      I am a member in good standing of the bars of Louisiana and New York and a partner of the law firm of Kahn Swick & Foti, LLC, proposed Lead Counsel for proposed Lead Plaintiff, the Delivery Investor Group ("DIG"), and counsel for Plaintiff Walter Welch and Sean Barnard (collectively with the DIG, "Movants"). I submit this Declaration in support of the Reply Memorandum in further support of the Movants' motion for appointment of the DIG as Lead Plaintiff.

**Landcadia-Waitr Share Issuances During the Relevant Period[1]**

2.      According to Waitr's March 15, 2019 Form 10-K:

a.      Immediately prior to the November 15, 2018 private acquisition of Old Waitr by Landcadia, there were approximately 31,203,841 shares of Landcadia common stock issued and outstanding, consisting of 24,953,841 public shares and 6,250,000 founder shares (most of which were held by Defendants).  *See* Exhibit 1 (Waitr's March 15, 2019 Form 10-K) at F-34.

b.      On November 15, 2018, in connection with the November 18, 2018 private acquisition of Old Waitr by Landcadia (in connection with which Landcadia also changed its name to Waitr Holdings, Inc.), and as consideration for the acquisition, Waitr issued 22,831,697 shares of Waitr's common stock (valued at $10.00 per share) to Old Waitr stockholders and Waitr assumed 559,507 options to purchase Old Waitr shares that were unvested, outstanding and unexercised as of immediately

---

[1]      Dkt. references refer to filings in *Welch v. Meaux*, No. 19-1260; capitalized terms have the same meaning as in Movants' prior filings. Dkt. Nos. 13-1 and 32.

2

prior to the effective time of the acquisition. *Id.* at F-17 and F-34.

c.   As of December 31, 2018, there were approximately 54,035,538 shares of Waiter common stock issued and outstanding. *Id.* at F-34.

d.   On January 17, 2019, in connection with the January 17, 2019 private acquisition of Bite Squad by Waitr, and as consideration for that acquisition, Waitr issued 10,591,968 shares of Waitr common stock (valued at $10.00 per share) to former Bite Squad shareholders and, in connection with certain debt financings undertaken in connection with the acquisition, Waitr issued an additional 325,000 shares of common stock to its lenders. *Id.* at F-37.

e.   On February 22, 2019, Waitr concluded an exchange offer and consent solicitation relating to its public warrants to purchase shares of the Company's common stock, as a result of which Waitr issued approximately 4,495,829 shares of common stock. *Id.* at F-38.

f.   As of March 7, 2019, there were approximately 69,881,062 shares of Waiter common stock issued and outstanding. *Id.* at Cover Page.

3.   According to Waitr's August 8, 2019 Form 10-Q,

a.   On May 21, 2019, Waitr completed its Secondary Offering, pursuant to which it issued 6,757,000 shares of Waitr common stock. *See* Exhibit 2 (Waitr's August 8, 2019 Form 10-Q) at 19.

b.   As of August 6, 2019, there were approximately 76,684,094 shares of Waiter common stock issued and outstanding. *Id.* at Cover Page.

4.   The below chart summarizes these shares issuances:

| Event/Date | Kind of Acquisition | Shares Issued | Shares Outstanding |
|---|---|---|---|
| Landcadia Shares Outstanding Prior to Old Waitr Acquisition | Open Market | | 31,203,841 |
| Shares Issued in November 15, 2018 Acquisition of Old Waitr by Landcadia | Private | 22,831,697 | |
| December 31, 2018 | | | 54,035,538 |
| Shares Issued in January 17, 2019 Acquisition of Bite Squad by Waitr | Private | 10,916,968 | |
| Shares Issued in Warrant Exchange | | 4,495,829 | |
| March 7, 2019 | | | 69,881,062 |
| May 16, 2019 Secondary Offering | Open Market | 6,757,000 | |
| | | | |
| **Shares Issued During Class Period** | | **45,001,494** | |
| **Shares Outstanding Near End of Class Period (as of August 6, 2019)** | | | **76,684,094[2]** |

## Exhibits

5.      Attached hereto as Exhibits are true and correct copies of the following:

Exhibit 1:      Waitr's March 15, 2019 Form 10-K

Exhibit 2:      Waitr's August 8, 2019 Form 10-Q

Exhibit 3:      Supplemental Joint Declaration of the DIG

Exhibit 4:      Waitr's December 7, 2018 Form S-3

Exhibit 5:      Waitr's February 12, 2019 Form S-3/A

Exhibit 6:      December 11, 2018 Merger Agreement between Waitr and Bite Squad

Exhibit 7:      Declaration of Walter Welch

Exhibit 8:      Declaration of Sean Barnard

---

[2]      The slight variation in share counts between (a) the 31,203,841 shares outstanding at beginning of period plus the 45,001,494 issued during it (for a total of 76,205,335) and (b) the total outstanding as of August 6, 2019 (76,684,094) is often the result of options/warrant grants and exercises; these are immaterial here.

I declare under penalty of perjury under the laws of the state of Louisiana that the foregoing facts are true and correct.

Executed this 27th day of December, 2019, at New Orleans, Louisiana.

_/s/ Melinda A. Nicholson_
Melinda A. Nicholson