# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,**<br><br>**Defendants.** | **Civil Action No. 2:19−CV−01260**<br><br>**JUDGE TERRY A. DOUGHTY**<br><br>**MAGISTRATE JUDGE KATHLEEN KAY**<br><br>**CLASS ACTION** |
| **KELLY BATES, Individually and on Behalf of all Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,**<br><br>**Defendants.** | **Civil Action No. 2:19−CV−01427**<br><br>**JUDGE TERRY A. DOUGHTY**<br><br>**MAGISTRATE JUDGE KATHLEEN KAY**<br><br>**CLASS ACTION** |

**DECLARATION IN SUPPORT OF
WALTER WELCH, SEAN BARNARD, AND THE DELIVERY INVESTOR GROUP'S
MOTION TO CONSOLIDATE RELATED ACTIONS,
APPOINT THE DELIVERY INVESTOR GROUP AS LEAD PLAINTIFF,
AND APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

1.     This Declaration is made by Walter Welch in support of my Motion to Consolidate Related Actions, Appoint Lead Plaintiff, and Approve Lead Plaintiff's Choice of Counsel ("Lead Plaintiff Motion"). The undersigned has personal knowledge of the facts set forth herein and, if called as witnesses, could and would testify competently thereto.

2.     I understand that I do not possess the largest financing interest in this litigation. Nonetheless, having filed the initial complaint in this matter, I felt strongly about remaining involved.

3.     I am (and was) aware of my co-movants, the Delivery Investor Group and Sean Barnard. I support the appointment of the Delivery Investor Group as lead plaintiff. I was and remain willing to serve as Co-Lead Plaintiff(s) and/or Class Representative(s) with the Delivery Investor Group and/or Mr. Barnard, should the Court deem it necessary to protect the interests of the Class.

4.     I too am aware of Matthew Lundy of Lundy, Lundy, Solileau & South, LLP. After I contacted and retained KSF, KSF retained Mr. Lundy to serve as local counsel in this matter, a decision with which I fully agree.

2

Pursuant to 28 U.S.C. § 1746, we, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 26 day of December, 2019,

Signed: _____

Walter Welch,
at _BENHAM SPRENGS LOUISIANA_

3