UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Lake Charles      DIVISION

Walter Welch, et al.,

Plaintiff

VS.

Christopher Meaux, et al.

Defendant

Case No.  2:19-CV-01260-TAD-KK

Judge  Terry A. Doughty

Magistrate Judge  Kathleen Kay

**ORDER**

IT IS ORDERED that  Kim E. Miller  be and is hereby admitted to the bar of this Court pro hac vice on behalf of  Lead Plaintiff Delivery Investment Group, Sean Barnard and Walter Welch  in the above described action.

SO ORDERED on this, the  9th  day of  November , 2020 .

_____
U.S. Magistrate Judge