# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

|  |  |
|---|---|
| WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,<br><br>                 **Plaintiff,**<br><br>  vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>           **Defendants.** | CIVIL ACTION NO. 2:19-cv-01260-TAD-KK<br><br>JUDGE: Terry A. Doughty<br><br>MAGISTRATE JUDGE: Kathleen Kay |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Defendants Christopher

Meaux, David Pringle, Jeff Yurecko, Tilman J. Fertitta, Richard Handler, and Waitr Holding,

Inc. /f/k/a Landcadia Holdings, Inc., who respectfully move this Court to dismiss Plaintiffs'

Amended Class Action Complaint for Violations of Federal Securities Laws (Dkt. 37), filed

October 16, 2020, pursuant to Federal Rule of Civil Procedure 12(b)(6).  As set forth in the

supporting memorandum filed herewith, Plaintiffs have failed to allege facts sufficient to state a

claim upon which relief can be granted.

Respectfully submitted,

    */s/   George Denegre, Jr*

George Denegre, Jr., T.A. (Bar #08387)
Melanie N. Derefinko (Bar #37658)

**LISKOW & LEWIS, APLC**
701 Poydras Street
One Shell Square, 50th Floor
New Orleans, LA  70139-5001
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108
Email:  gdenegre@liskow.com

James K. Langdon (*pro hac vice*)
Andrew Brantingham (*pro hac vice*)
Caitlin L.D. Hull (*pro hac vice*)
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
Email: langdon.jim@dorsey.com
            brantingham.andrew@dorsey.com
            hull.caitlin@dorsey.com

*Counsel for Defendants Christopher Meaux,*
*David Pringle, Jeff Yurecko, Tilman J. Fertitta,*
*Richard Handler, and Waitr Holdings, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2020, a copy of the foregoing pleading was

filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will

be sent to all counsel of record registered to receive electronic service by operation of the Court's

electronic filing system.

        */s/   George Denegre, Jr*
George Denegre, Jr

2