**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,**<br><br>**Defendants.** | Case No. 2:19-CV-01260-TAD-KK<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAG. JUDGE KATHLEEN KAY |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel by Lead Plaintiff Delivery Investor Group (consisting of Andrew Brown, William Moore, Daniel Sinor, and Thomas Colangelo), and Additional Plaintiffs Walter Welch and Sean Barnard,

**IT IS HEREBY ORDERED** that the Motion to Enroll Additional Counsel is granted and Melissa H. Harris is enrolled as additional counsel of record for Lead Plaintiff Delivery Investor Group and Additional Plaintiffs Walter Welch and Sean Barnard. Craig J. Geraci, Jr. shall remain as Lead Attorney and counsel of record.

Signed this 14th day of December, 2020.

_____
MAGISTRATE JUDGE KATHLEEN KAY