**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

|  |  |
|---|---|
| **WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,**<br><br>**Defendants.** | Case No. 2:19-CV-01260-TAD-KK<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAG. JUDGE KATHLEEN KAY |

**ORDER**

Considering the foregoing Motion to Enroll Additional Counsel by Lead Plaintiffs Andrew Brown, William Moore, Daniel Sinor, and Thomas Colangelo,

**IT IS HEREBY ORDERED** that the Motion to Enroll Additional Counsel is granted and Craig J. Geraci, Jr. is enrolled as additional counsel of record for Lead Plaintiffs Andrew Brown, William Moore, Daniel Sinor, and Thomas Colangelo. Melinda A. Nicholson shall remain as Lead Attorney and counsel of record.

Signed this 12th day of February, 2021.

_____
MAGISTRATE JUDGE KATHLEEN KAY