**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

WALTER WELCH, Individually and
on Behalf of all Others Similarly Situated,    )
)
Plaintiff,    )
)    Case No. 2:19-CV-01260-TAD-KK
vs.    )
)    JUDGE TERRY A. DOUGHTY
)
)    MAG. JUDGE KATHLEEN KAY
CHRISTOPHER MEAUX, DAVID    )
PRINGLE, JEFF YURECKO, TILMAN J.    )
FERTITTA, RICHARD HANDLER, WAITR    )
HOLDINGS, INC. f/k/a LANDCADIA    )
HOLDINGS, INC., JEFFERIES FINANCIAL    )
GROUP, INC., and JEFFERIES, LLC,    )
)
Defendants.    )
)
)

## **ORDER**

Considering the foregoing Motion to Enroll Additional Counsel by Lead Plaintiffs Andrew

Brown, William Moore, Daniel Sinor, and Thomas Colangelo,

**IT IS HEREBY ORDERED** that the Motion to Enroll Additional Counsel is granted and

Melissa H. Harris is enrolled as additional counsel of record for Lead Plaintiffs Andrew Brown,

William Moore, Daniel Sinor, and Thomas Colangelo. Melinda A. Nicholson shall remain as Lead

Attorney and counsel of record.

Signed this 12th day of February, 2021.

_____
MAGISTRATE JUDGE KATHLEEN KAY