UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| Walter Welch, et al., | Case No.   219-CV-01260-TAD-KK |
| Plaintiff | |
| VS. | Judge   Terry A. Doughty |
| Christopher Meaux, et al., | Magistrate Judge   Kathleen Kay |
| Defendant | |

**ORDER**

IT IS ORDERED that Kim E. Miller  be and is hereby admitted to the bar of this Court

pro hac vice on behalf of Andrew Brown, William Moore, Daniel Sinor, and Thomas Colangelo

in the above described action.

SO ORDERED on this, the 12th day of February, 2021.

_____
U.S. Magistrate Judge