# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WALTER WELCH, Individually and on Behalf of all others similarly situated, | * * * | CIVIL ACTION NO. 2:19-CV-01260 TAD-KK(Lead) |
| v. | * * | CIVIL ACTION NO. 2:19-CV-01427 TAD-KK(Member) |
| CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. F/K/A LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., AND JEFFERIES, LLC, | * * * * * * * * | JUDGE TERRY A. DOUGHTY  MAGISTRATE JUDGE KATHLEEN KAY |

## [PROPOSED] ORDER

Considering the foregoing Unopposed Joint Motion of Defendants to Reset Oral Argument Date and Permit Appearance by Video Conference:

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**, and the hearing on Defendants' Motions to Dismiss Plaintiffs' Amended Class Action Complaint, presently scheduled for March 16, 2021, is reset for April, 20, 2021, at 10:00 a.m. in Lafayette, Louisiana, Courtroom 2;

**IT IS FURTHER ORDERED** that pro hac vice counsel for Defendants are permitted to appear and argue at the motion to dismiss hearing by videoconference.

Lafayette, Louisiana, this 23rd day of February, 2021.

_____
U.S. MAGISTRATE JUDGE