**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION**

| | |
|---|---|
| **WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,** ) ) ) ) | |
| **Plaintiff,** ) | Case No. 2:19-CV-01260-TAD-KK |
| ) | |
| **vs.** ) ) | JUDGE TERRY A. DOUGHTY |
| ) | |
| ) | MAG. JUDGE KATHLEEN KAY |
| **CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,** ) ) ) ) ) ) ) ) | |
| **Defendants.** ) ) ) | |

## UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT RECORD

**NOW INTO COURT**, through undersigned counsel, come Lead Plaintiff Delivery Investor Group (consisting of Andrew Brown, William Moore, Daniel Sinor, and Thomas Colangelo), and Additional Plaintiffs Walter Welch and Sean Barnard (collectively "Plaintiffs"), who respectfully submit this Unopposed Motion for Leave to Supplement the Record on Defendants' Motions to Dismiss the Amended Complaint (ECF. Nos. 45, 47). Plaintiffs respectfully submit that the Public Statement released on April 8, 2021, representing the views of John Coates, Acting Director of the Division of Corporation Finance of the U.S. Securities and Exchange Commission, bears on certain arguments made in Defendants' Motions to Dismiss. *See* **Exhibit A** attached hereto. For example, in their Motion, the Waitr Defendants argue that the PSLRA safe harbor applies to Section 14(a) claims. *See* ECF No. 47-1 at 22-23; *see also* Jefferies'

1

Defendants' Br. (ECF No. 45-1) at 1, 3. Mr. Coates' Public Statement, however, calls into question that legal argument: "In simple terms, the PSLRA excludes from its safe harbor 'initial public offerings,' and that phrase may include de-SPAC transactions," like the Waitr transaction here.

DATED: April 13, 2021                      Respectfully submitted,

                                           **KAHN SWICK & FOTI, LLC**

                                           */s/ Craig J. Geraci, Jr.*
                                           Craig J. Geraci, Jr. (33850)
                                           1100 Poydras Street, Suite 3200
                                           New Orleans, LA 70163
                                           Telephone: (504) 455-1400
                                           Facsimile: (504) 455-1498
                                           Email: Craig.Geraci@ksfcounsel.com

                                           *Counsel for the Delivery Investor Group,*
                                           *Walter Welch, and Sean Barnard*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants.

                                           */s/ Craig J. Geraci, Jr.*
                                           Craig J. Geraci, Jr.

## LOCAL RULE 7.4.1 CERTIFICATE

I HEREBY CERTIFY that on April 12, 2020, Plaintiffs' Counsel requested all Defendants' consent to the instant Motion, and that on April 13, 2020, Defendants' counsel informed Plaintiffs' Counsel that "the defendants take no position regarding the request to supplement."

                                           */s/ Craig J. Geraci, Jr.*
                                           Craig J. Geraci, Jr.