# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

|  |  |
|---|---|
| WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>Defendants. | Case No. 2:19-CV-01260-TAD-KK<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAG. JUDGE KATHLEEN KAY |

## [PROPOSED] ORDER

Considering the foregoing Unopposed Motion for Leave to Supplement the Record by Lead Plaintiff Delivery Investor Group (consisting of Andrew Brown, William Moore, Daniel Sinor, and Thomas Colangelo), and Additional Plaintiffs Walter Welch and Sean Barnard,

**IT IS HEREBY ORDERED** that the Unopposed Motion for Leave to Supplement the Record is GRANTED.

Signed this _____ day of _____, 2021.

_____
MAGISTRATE JUDGE KATHLEEN KAY