# EXHIBIT A

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 8-K

### CURRENT REPORT

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): March 23, 2022**

# WAITR HOLDINGS INC.
**(Exact name of Registrant as Specified in Its Charter)**

| **Delaware** | **001-37788** | **26-3828008** |
|---|---|---|
| **(State or Other Jurisdiction of Incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

**214 Jefferson Street**, **Suite 200**
**Lafayette**, **Louisiana**
**(Address of Principal Executive Offices)**

**70501**
**(Zip Code)**

**Registrant's Telephone Number, Including Area Code: (337) 534-6881**

**Not Applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instructions A.2. below):

o    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

o    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

o    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

o    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Securities Exchange Act of 1934:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, Par Value $0.0001 Per Share** | **WTRH** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company  o

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. o

**Item 8.01 Other Events.**

On March 15, 2022, Waitr Holdings Inc. ("Waitr") received a voluntary request for information and documents from the Enforcement Division of the U.S. Securities and Exchange Commission (the "SEC") requesting information and documents primarily relating to the business combination between Landcadia Holdings, Inc. and Waitr Incorporated (the "de-SPAC Business Combination") on November 15, 2018 and disclosures related thereto. Waitr is cooperating with the request.

1

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**WAITR HOLDINGS INC.**

Date: March 23, 2022

By:     /s/ Thomas C. Pritchard
Name: Thomas C. Pritchard
Title: General Counsel

2