UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

WALTER WELCH                          CASE NO.  2:19-CV-01260 LEAD

VERSUS                                JUDGE TERRY A. DOUGHTY

CHRISTOPHER MEAUX ET AL               MAGISTRATE JUDGE KAY

**ORDER**

Considering the foregoing Unopposed Motion for Extension of Time to File Objections to Report and Recommendation (ECF No. 89) [Doc. No. 90] filed by Plaintiffs,

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiffs may file their objections to the Report and Recommendation [Doc. No. 89] of the Magistrate Judge on or before July 13, 2022. Defendants may file their responses to the objections fourteen (14) days after the objections are filed.

MONROE, LOUISIANA, this 23rd day of June 2022.

_____
Terry A. Doughty
United States District Judge