**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>Defendants. | Case No. 2:19-CV-01260-TAD-KK<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAG. JUDGE KATHLEEN KAY |

## PLAINTIFFS' OBJECTIONS
## TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**NOW INTO COURT**, through undersigned counsel, come Lead Plaintiff Delivery Investor Group (consisting of Andrew Brown, William Moore, Daniel Sinor, and Thomas Colangelo), and Additional Plaintiffs Walter Welch and Sean Barnard (collectively "Plaintiffs"), who respectfully submit these written objections to the second Report and Recommendation (ECF No. 94) filed on July 25, 2022 (the "Second Report").

1. On June 15, 2022, Magistrate Judge Kay issued a 62-page Report and Recommendation, recommending that the Waitr Defendants' Motion to Dismiss (ECF No. 47) be granted. *See* ECF No. 89 (the "First Report").

2. On July 13, 2022, Plaintiffs timely filed specific written objections to the First Report. *See* ECF No. 93.

1

3.      Thereafter, on July 25, 2022, Magistrate Judge Kay issued the Second Report, recommending that the Jefferies Defendants' Motion to Dismiss (ECF No. 45) likewise be granted. In the Second Report, Magistrate Judge Kay recommended that the Jefferies Defendants' Motion be granted "[f]or the same reasons stated in the Report and Recommendations concerning the Waitr defendants [doc. 89][.]" Second Report at 3.

4.      Because Magistrate Judge Kay has now recommended granting both motions to dismiss for the "same reasons stated in the [First Report]," Plaintiffs hereby object to the Second Report for the same reasons stated in their objections to the First Report (ECF No. 93), and thus adopt and incorporate by reference herein their written objections to the First Report as their written objections to the Second Report.

5.      Therefore, for the same reasons stated in their objections to the First Report (ECF No. 93), Plaintiffs respectfully submit that the Court should sustain Plaintiffs' objections to the Second Report and deny the Jefferies Defendants' Motion to Dismiss (ECF No. 45). Alternatively, Plaintiffs respectfully request leave to amend their Complaint.

DATED: July 26, 2022                    Respectfully submitted,

                                        */s/ Craig J. Geraci, Jr.*
                                        Craig J. Geraci, Jr. (33850)
                                        Lewis S. Kahn (23805)
                                        Melissa H. Harris (33573)
                                        **KAHN SWICK & FOTI, LLC**
                                        1100 Poydras Street, Suite 3200
                                        New Orleans, LA 70163
                                        Telephone: (504) 455-1400
                                        Fax: (504) 455-1498
                                        Craig.Geraci@ksfcounsel.com
                                        Lewis.Kahn@ksfcounsel.com
                                        Melissa.Harris@ksfcounsel.com

Kim E. Miller (admitted pro hac vice)
**KAHN SWICK & FOTI, LLC**
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
Kim.Miller@ksfcounsel.com

*Counsel for Lead Plaintiff*
*the Delivery Investment Group*
*and Additional Plaintiffs*
*Walter Welch and Sean Barnard*

Matthew E. Lundy (18988)
**LUNDY, LUNDY, SOILEAU &**
**SOUTH, LLP**
501 Broad Street
Lake Charles, LA 70601
Telephone: (337) 439-0707
Fax: (337) 439-1029
Email: mlundy@lundylawllp.com

*Liaison Counsel for Plaintiffs*

3