**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| WALTER WELCH, Individually and on Behalf of all Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>CHRISTOPHER MEAUX, DAVID PRINGLE, JEFF YURECKO, TILMAN J. FERTITTA, RICHARD HANDLER, WAITR HOLDINGS, INC. f/k/a LANDCADIA HOLDINGS, INC., JEFFERIES FINANCIAL GROUP, INC., and JEFFERIES, LLC,<br><br>      Defendants. | CIVIL ACTION NO. 2:19-cv-01260-TAD-KK<br><br>JUDGE: Terry A. Doughty<br><br>MAGISTRATE JUDGE: Kathleen Kay |

## DECLARATION OF JAMES LANGDON

I, **James Langdon,** pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of majority, am competent to give this declaration, and have personal knowledge of the matters set forth herein.

2. I am a partner at Dorsey & Whitney LLP and serve as counsel of record for Christopher Meaux, David Pringle, Jeff Yurecko, Tilman J. Fertitta, Richard Handler, and Waitr Holdings, Inc. ("Defendants") in the above captioned matter.

3. I attended the May 12, 2021 oral argument on Defendants' Motion to Dismiss for Failure to State a Claim before Magistrate Judge Kathleen Kay.

4. A true and correct copy of the demonstrative exhibits used during the May 12, 2021 oral argument are attached hereto as **Exhibit A**.

5.  These Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.


Date:  _8/9/2022_____                    Signature:  _/s/ James Langdon_____

# EXHIBIT A

# *Welch v. Meaux, et al.*, No. 19-cv-01260-TAD-KK (W.D. La.)

## Section 10(b) and Section 14(a) Alleged Misrepresentations & Omissions



*Welch v. Meaux, et al.*, No. 19-cv-01260-TAD-KK (W.D. La.)

# SECTION 10(b) & RULE 10b-5 CLAIM

| DEFENDANTS | ELEMENTS | STANDARD OF REVIEW |
|---|---|---|
| • **Waitr Holdings, Inc.**<br><br>• **Christopher Meaux** (Former CEO of Waiter)<br><br>• **Tilman Fertitta** (Former CEO and Director of Landcadia)<br><br>• **David Pringle** (Former CFO of Waitr)<br><br>• **Jeff Yurecko** (Former CFO of Waitr) | 1. A misstatement or omission;<br><br>2. Of a material fact;<br><br>3. In connection with the sale or purchase of securities;<br><br>4. Made with scienter;<br><br>5. On which the plaintiffs relied;<br><br>6. That proximately caused the plaintiffs' injuries.<br><br>*Southland Sec. Corp. v. INSpire Ins. Sols. Inc.*, 365 F.3d 353, 362 (5th Cir. 2004). | Statements "of the vague and optimistic type . . . [that] contain no concrete factual or material misrepresentation" are "nonactionable puffery . . . that cannot support a securities fraud action."<br><br>*Southland*, 365 F.3d at 372.<br><br>Likewise, "generalized, positive statements about the company's competitive strengths, experienced management, and future prospects are not actionable because they are immaterial."<br><br>*Rosenzweig v. Azurix Corp.*, 332 F.3d 854, 869 (5th Cir. 2003).<br><br>Plaintiffs must also plead a "strong inference" of scienter as to <u>each defendant</u>, which the Court must weigh against "plausible, nonculpable explanations for the defendant's conduct."<br><br>*Southland*, 365 F.3d at 363; *Rosenzweig*, 332 F.3d at 866; *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 314, 324 (2007). |

# *Welch v. Meaux, et al.*, No. 19-cv-01260-TAD-KK (W.D. La.)
## Section 10(b) and Rule 10b-5 Alleged Misrepresentations & Omissions

**Mar 15, 2019**

**Form 10-K:** Statement that financial statements and notes were prepared in accordance with GAAP and SEC regulations, appropriate disclosure controls and procedures were in place, and the report contained no untrue statement or omission of material fact

**May 8, 2019**

**Form 8-K, Press Release:** Statement by Meaux regarding Q1 results and Bite Squad integration

**Nov 16, 2018**

Waitr shares (WTHR) begin trading on NASDAQ

**Nov 16, 2018**

**Form 8-K, Press Release:** Statements by Meaux and Fertitta regarding combined resources and growth potential

**Mar 7, 2019**

**Investor and Analyst Conference Call:** Statements by Meaux regarding Bite Squad acquisition, similarities in the Bite Squad business model, projected revenue, and anticipated market expansion

**May 8, 2019**

**Investor and Analyst Conference Call:** Statements by Meaux regarding technology platform, W2 emplotees, Bite Squad acquisition and integration, market expansion, and anticipated growth

| Nov 2018 | Dec 2018 | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 |
|---|---|---|---|---|---|---|

**Dec 11, 2018**

**Form 8-K, Press Release:** Statements by Meaux regarding similarities in Bite Squad business and potential acquisition-driven growth

**Mar 7, 2019**

**Form 8-K:** Financial highlights of Waitr (Q4 2018, FY 2018, and FY 2017) and Bite Squad (Q4 2018 and FY 2018)

**Dec 3, 2018**

**Skift Table Interview:** Statements by Meaux regarding 15% take rate, growth potential, and Tilman's restaurant experience

**May 10, 2019**

**Form 10-Q:** Statement that financial statements and notes were prepared in accordance with GAAP and SEC regulations, appropriate disclosure controls and procedures were in place, and the report contained no untrue statement or omission of material fact

**May 16, 2019**

**Secondary Offering Filing:** Statements regarding Bite Squad acquisition, fee structure, driver workforce, technology platform, and that financial statements were prepared in accordance with GAAP

*Welch v. Meaux, et al.*, No. 19-cv-01260-TAD-KK (W.D. La.)

# ALLEGED MISREPRESENTATIONS AND OMISSIONS

| ALLEGED MISREPRESENTATION OR OMISSION | ACTUAL **FACTS** ALLEGED RE: FALSITY | AC CITATIONS |
|---|---|---|
| **Waitr's Pricing Model (15% Take Rate)**<br><br>Waitr's 15% pricing model is a market differentiator to enable Waitr to grow and succeed. (*See* Opp. at 8-9.) | | AC ¶¶ 100-01, 121-22, 126-27, 141-42 |
| **Waitr's Labor Force (W-2 Drivers)**<br><br>Waitr's W-2 driver model creates efficiencies that Waitr can leverage to increase profitability. (*See* Opp. at 11-12.) | | AC ¶¶ 100-01, 123, 125-27, 141, 143-44 |
| **Waitr's Technology Platform**<br><br>Waitr's differentiated proprietary technology platform helps it serve restaurants in secondary markets. (*See* Opp. at 12.) | | AC ¶¶ 123, 128, 145, 157 |
| **Waitr's Acquisition of Bite Squad**<br><br>Waitr's strategic acquisition of Bite Squad is expected to drive additional growth and is going well. (*See* Opp. at 12-13.) | | AC ¶¶ 108-12, 114-15, 121-25, 133, 139-40 |
| **Waitr's Anticipated Growth**<br><br>Waitr is experiencing growth through its proven business model and expansion strategy. (*See* Opp. at 13.) | | AC ¶¶ 98-99, 102-03, 121-22, 126-27, 130-31, 139, 141 |
| **Waitr's Financial Performance and GAAP Compliance**<br><br>Waitr's financial statements are prepared in accordance with GAAP. (Opp. at 14) | | AC ¶¶ 117-19, 134-35, 137 |

*Welch v. Meaux, et al.*, No. 19-cv-01260-TAD-KK (W.D. La.)

# SECTION 14(a) & RULE 14a-9 CLAIM

| DEFENDANTS | ELEMENTS | STANDARD OF REVIEW |
|---|---|---|
| • **Waitr Holdings, Inc.**<br><br>• **Christopher Meaux** (Former CEO of Waitr)<br><br>• **David Pringle** (Former CFO of Waitr)<br><br>• **Tilman Fertitta** (Former CEO and Director of Lancadia)<br><br>• **Richard Handler** (Former President and Director of Lancadia)<br><br>• **Jefferies Financial Group, Inc.** (one of Landcadia's sponsors)<br><br>• **Jefferies LLC** (third-party financial and capital markets advisor to Landcadia in its acquisition of Waitr) | 1. A misstatement or omission of material fact in a proxy statement (or proxy solicitation materials);<br><br>2. Which was an "essential link" in causing the corporate action;<br><br>3. By a defendant who:<br><br>   a. Solicited or permitted the use of its name in connection with the solicitation of the proxy; and<br><br>   b. Acted with the requisite state of mind in doing so.<br><br>      i. Defendants contend that scienter is required. Plaintiffs contend that negligence is required.<br><br>*See, e.g.*, *In re Browning-Ferris Indus., Inc. S'holder Derivative Litig.*, 830 F. Supp. 361, 365 (S.D. Tex. 1993), *aff'd sub nom. Cohen v. Ruckelshaus*, 20 F.3d 465 (5th Cir. 1994); *SEC v. Falstaff Brewing Corp.*, 629 F.2d 62, 68 (D.C. Cir. 1980). | PSLRA heightened pleading requirements apply to alleged misstatements and omissions and plaintiffs must plead "with particularity facts giving rise to a strong inference" that each defendant acted with the "required state of mind."<br><br>"[T]he simple appearance of one's name in a proxy statement does not trigger liability for any misstatement appearing therein." Defendants must solicit proxies or permit their names to be used in a manner having a substantial connection to the solicitation.<br><br>   *SEC v. Falstaff Brewing Corp.*, 629 F.2d 62, 68 (D.C. Cir. 1980)<br><br>Opinions are not actionable unless they are objectively false and not sincerely held.<br><br>   *Virginia Bankshares, Inc. v. Sandberg*, 501 U.S. 1083, 1095-96 (1991)<br><br>Statements of "corporate cheerleading" are not actionable.<br><br>   *Police & Fire Ret. Sys. Of City of Detroit v. Plains All Am. Pipeline, L.P.*, 777 F. App'x 726, 731 (5th Cir. 2019)<br><br>"In view of the overall structure and collective legislative histories of the securities laws, as well as important policy considerations, we conclude that scienter should be an element of liability in private suits under the proxy provisions…." at least in the context of a third-party service provider.<br><br>   *Adams v. Standard Knitting Mills, Inc.*, 623 F.2d 422 (6th Cir. 1980) |

# *Welch v. Meaux, et al.*, No. 19-cv-01260-TAD-KK (W.D. La.)
## Section 14(a) Alleged Misrepresentations & Omissions

**May 17, 2018**

Landcadia announces intention to acquire Waitr

**May 17, 2018**

**Going Public Transaction Conference Call:** Statements by Meaux, Fertitta, and Pringle regarding market opportunity and growth, acquisition opportunities, technology platform, 15% take rate, W2 employees, sales projections, and the complementary relationship with Fertitta Entertainment businesses

**May 17, 2018**

**CNBC Interview:** Statements by Fertitta regarding 15% take rate, growth, and sales projections

**Aug 2, 2018**

**Form 8-K:** Statements by Meaux regarding expansion, value propositions, and technology platform

**Oct 1, 2018**

**Investor Presentation:** Statement regarding 15% take rate

**Nov 15, 2018**

Landcadia acquisition of Waitr

| May 2018 | Jun 2018 | Jul 2018 | Aug 2018 | Sep 2018 | Oct 2018 | Nov 2018 |
|---|---|---|---|---|---|---|

**Nov 8, 2018**

**Form 8-K:** Statements by Meaux regarding market growth and Landcadia merger