UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **WALTER WELCH** | **CASE NO. 2:19-CV-01260 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHRISTOPHER MEAUX ET AL** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

The Report and Recommendation [Doc. No. 89] of the Magistrate Judge having been considered, together with the written Objections [Doc. No. 93] filed by Plaintiff, and the Response to the Objections [Doc. No. 96] filed by Christopher Meaux, David Pringle, Jeff Yurecko, Tilman J. Fertitta, Richard Handler, and Waitr Holdings, Inc. ("Waitr Defendants"), and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Class Actions Complaint [Doc. No. 47] filed by Waitr Defendants is **GRANTED**, and Plaintiff's claims against Waitr Defendants are hereby **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 10th day of August 2022.

_____
Terry A. Doughty
United States District Judge