# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **WALTER WELCH** | **CASE NO. 2:19-CV-01260 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHRISTOPHER MEAUX ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 94] of the Magistrate Judge having been considered, together with the written Objections [Doc. No. 95] filed by Plaintiff, and the Response to the Objections [Doc. No. 97] filed by the Jefferies Defendants, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Class Actions Complaint [Doc. No. 45] filed by the Jefferies Defendants is **GRANTED**, and Plaintiff's claims against the Jefferies Defendants are hereby **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 11th day of August 2022.

_____
Terry A. Doughty
United States District Judge